AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/20/03 |
| NAME OF SERVER (PRINT) John Fielder | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 8618 Greenville Ave. Dallas, TX 75243 by serving Linty Jones

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 22 2003
CLERK, U.S. DISTRICT COURT
By _____ Deputy

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/20/03
Date

Signature of Server

LECS, Inc.
625 W. Main St., Ste. 101
Arlington, TX 76010
Address of Server

THIS INSTRUMENT WAS ACKNOWLEDGED BEFORE ME ON 1/21, 2003

NOTARY PUBLIC SIGNATURE

CHRISTOPHER J. FIORE
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 12-22-2003

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

126