IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, et al., | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 3-01-CV2247-N |
| RECEIVABLE FINANCE COMPANY, L.L.C., et al., | § § § | |
| Defendants. | § | |

## APPENDIX TO DEFENDANT MOHAMMAD BORGHEE'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND BRIEF IN SUPPORT THEREOF

MOHAMMAD BORGHEE, one of the Defendants in the above-styled and numbered cause, submits this Appendix to Defendant Mohammad Borghee's Response to Plaintiffs' Motion for Leave to File Second Amended Complaint and Brief in Support Thereof.

| Exhibit | Document | Page Numbers |
|---|---|---|
| A | Excerpts from NICB Log of Documents | 1 |
| B | Print-Outs from Texas Comptroller web site regarding Pharmed Clinic Corporation and its officers and directors | 2-5 |
| C | Print-Out from Texas State Board of Pharmacy web site regarding Family Care Pharmacy #5 | 6 |

Respectfully submitted,

Robert H. Renneker
Texas Bar No. 16778800

**APPENDIX TO DEFENDANT BORGHEE'S RESPONSE TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - Page 1**

1412 Main Street
Suite 210
Dallas, Texas 75202
(214) 742-7100
(214) 742-7110 (telecopier)

ATTORNEY FOR DEFENDANT
MOHAMMAD BORGHEE

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Appendix to Defendant Mohammad Borghee's Response to Plaintiffs' Motion for Leave to File Second Amended Complaint was served on the attorney for the Plaintiff, Mr. David Kassabian, Kassabian, Doyle & Weatherford, P.C., 1521 North Cooper Street, Suite 650, LB 21, Arlington, Texas 76011by telecopy and by depositing same in the United States Mail, postage prepaid thereon, and on each of the attorneys listed below by electronic transmission, on this the 31st day of October, 2003:

Mr. Lindy Jones
Jones, Allen & Fuquay, L.L.P.
8828 Greenville Avenue
Dallas, Texas 75243-7143

Charles Wade Arnold
Canty & Hanger, L.L.P.
801 Cherry Street, Suite 2100
Fort Worth, Texas 76102-6881

Mr. Michael E. Mears
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201

Mr. James D. Shields
Shields, Britton & Fraser
5401 Village Creek Drive
Plano, Texas 75093

Mr. Christopher M. Weil
Weil & Petrocchi, P.C.
1601 Elm Street, Suite 1900
Dallas, Texas 75201

Douglas Wood
P.O. box 740033
Dallas, Texas 75374-0033

Mr. Rick K. Disney
Douglas, Wuester & Disney, P.C.
777 Taylor Street, Penthouse I-C
Fort Worth, Texas 76102-4919

_[signature]_

Key to Objections:
1) Attorney/client privilege and/or common interest privilege
2) Attorney work product
3) Texas Insurance Code/common-law law enforcement privilege
4) Trade secret/proprietary research methods
5) Public Policy - interference with detection and eradication of insurance fraud

| Bates-Range | Type of Document | Date | From | To | CC | General Description of Document | Objection/Privilege Asserted |
|---|---|---|---|---|---|---|---|
| NICB 02916 | File Folder | Undated | | | | Folder containing documents NICB 02917 - NICB 02940 | 2,3,4,5 |
| NICB 02917 - NICB 02918 | Research | Undated | Lexis | | | Texas Secretary of State Corporate Record re: Metroplex Pain Center, Inc. | 2,3,4,5 |
| NICB 02919 - NICB 02940 | Research | 05/24/2001 | Texas Comptroller | | | Texas Comptroller of Public Accounts Corporate information re: Metroplex Pain Center Inc | 2,3,4,5 |
| NICB 02941 | File Folder | Undated | | | | Folder containing documents NICB 02942 - NICB 2963 | 2,3,4,5 |
| NICB 02942 - NICB 02963 | Research | 05/24/2001 | Texas Comptroller | | | Texas Comptroller of Public Accounts Corporate information re: North Texas Open Air MRI LLC | 2,3,4,5 |
| NICB 02964 | File Folder | Undated | | | | Folder containing documents NICB 02965 - NICB 02968 | 2,3,4,5 |
| NICB 02965 - NICB 02968 | Research | 05/30/2001 | Texas Comptroller | | | Texas Comptroller of Public Accounts Corporate Information re: Professional Medical Consultants PLLC | 2,3,4,5 |
| NICB 02969 | File Folder | Undated | | | | Folder containing documents NICB 02970 - NICB 02981 | 2,3,4,5 |
| NICB 02970 - NICB 02978 | Research | 05/01/2001 | Texas Comptroller | | | Texas Comptroller of Public Accounts Corporate information re: Planmed Clinical Corporation | 2,3,4,5 |
| NICB 02979 - NICB 02981 | Research | 05/01/2001 | Texas State Board of Pharmacy | | | Texas State Board of Pharmacy information re: Family Care Pharmacy #5 | 2,3,4,5 |
| NICB 02982 | File Folder | Undated | | | | Folder containing documents NICB 02983 - NICB 02996 | 2,3,4,5 |
| NICB 02983 - NICB 02996 | Research | 05/23/2001 | Texas Comptroller | | | Texas Comptroller of Public Accounts Corporate Information re: Receivable Finance Co LLC | 2,3,4,5 |
| NICB 02997 | File Folder | Undated | | | | Folder containing documents NICB 02998 - NICB 02999 | 2,3,4,5 |

NICB LOG OF DOCUMENTS
30526233_1.XLS



WINDOW ON STATE GOVERNMENT    CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



# Texas Taxes

## Certification of Account Status
Detailed Instructions

# Franchise Tax Certification of Account Status

Return to: Corporation Search Results
Return to: Corporation Search
Certificates for filing with the Secretary of State to dissolve, merge, withdraw, or convert are not available through this Web site at this time.
For more information see Publication 98-336, Requirements to Change Corporate Status.

| Certificate of Account Status | Officers And Directors Information |
|---|---|

| | |
|---|---|
| Company Information: | **PHARMED CLINIC CORPORATION**<br>4436 W WALNUT ST<br>GARLAND, TX 75042-5916 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through May 17, 2004** |
| Registered Agent: | HOSSAIN KHAKPOUR<br>4436 W. WALNUT<br>GARLAND, TX 75042 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |



EXHIBIT B

②

1 of 2                                                                                           10/31/2003 10:30 AM


| | |
|---|---|
| File Number: | 0130443300 |
| Charter/COA Date: | March 8, 1994 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 17525298562 |

Carole Keeton Strayhorn  
Texas Comptroller of Public Accounts

Window on State Government  
Contact Us  
Privacy and Security Policy

⑬

WINDOW ON STATE GOVERNMENT     CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



# Texas Taxes

## Certification of Account Status
Detailed Instructions

## Officers and Directors
### PHARMED CLINIC CORPORATION

Return to: Corporation Search Results
Return to: Corporation Search

Officer and director information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.state.tx.us or Comptroller of Public Accounts, Open Government Division, PO Box 13528, Austin, Texas 78711.

| Title: | Name and Address: | Expiration/Resignation Date: |
|---|---|---|
| *DIRECTOR* | **HOSSAIN KHAKPOUR**<br>4540 PEBBLE BROOK LANE<br>PLANO, TX 75093 | |
| *DIRECTOR* | **SAEID DAVANI**<br>5112 MARBLE FALLS LANE<br>PLANO, TX 75093 | |

④

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy





Texas State Board of Pharmacy
www.TSBP.state.tx.us

Home | About TSBP
>- Choose a Category or Topic



# Pharmacy Database - Detailed View - License # 18706

Search Options > New Search > Detailed View

Search Help | Status Codes | Terms of Use

### Family Care Pharmacy #5

| | |
|---|---|
| **Current Status** | Active |
| **License #** | 18706 |
| **Expiration Date** | 11/30/2004 |
| **Date License Issued** | 11/04/1997 |

### Address

9709 Bruton Road Ste 1
Dallas, TX  75217-0
**County** DALLAS
**Phone** (972) 329-3868

### Pharmacy Details

| | |
|---|---|
| ***Prior Disciplinary Orders** | No |
| **Class of Pharmacy** | Community |
| **Type of Ownership** | Corporation |
| **Type of Pharmacy** | Community (Independent) |

**Click here for Employment Information
for each person employed at this Pharm.**



Click here to see a map.

If map is incorrect,
try this alternate map.

* Information relating to disciplinary orde
is current as of (30 days prior to this date

A written request for information regarding p
disciplinary orders may be submitted to the offic
Texas State Board of Pharmacy. Disciplinary c
entered pursuant to Chapter 564 of the Texas Ph
Act are confidential and not subject to disclos

### Owner Information for Family Care Pharmacy #5                                Showing 3

| Owner Name | Owner Title | Owner Address |
|---|---|---|
| Pharmed Clinic Corp | Corporation-Cap | 4436 W Walnut<br>Garland, TX 75042 |
| Davani, Saeid Faghanian<br>Owner License # 29615 | Corp-Vice-Pres | |
| Khakpour, Hossain<br>Owner License # 29453 | Corp-President | |

Copyright © 2002 Texas State Board of Pharmacy. All rights reserved.
Home - Privacy Policy - Questions/Comments



EXHIBIT
C

