

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, Et Al., | § § § | |
| Plaintiffs | § § | |
| vs. | § | Civil Action No. 3-01CV2247-N |
| | § § | |
| RECEIVABLE FINANCE COMPANY, L.L.C, Et. Al. | § § | |
| Defendants | § | |

**APPENDIX TO PLAINTIFFS' RESPONSE TO DEFENDANT ROBERT M. SMITH'S EMERGENCY MOTION TO QUASH AND FOR PROTECTION, AND BRIEF IN SUPPORT THEREOF**

COME NOW the Plaintiffs and file this Appendix to their *Plaintiffs' Response to Defendant Robert M. Smith's Emergency Motion to Quash and for Protection, and Brief in Support Thereof.*

| Exhibit | Document | Page Numbers |
|---|---|---|
| A | Letter dated April 19, 2004, with facsimile transmittal sheet | 1-3 |
| B | Second letter dated April 19, 2004, with copy of PS Form 3811 | 4-6 |

APPENDIX                                    Page 1

Respectfully submitted:

_____
DAVID KASSABIAN
TEXAS STATE BAR NO. 11105600
BRET WEATHERFORD
TEXAS STATE BAR NO. 20998800

KASSABIAN, DOYLE &
   WEATHERFORD, P.C.
1521 North Cooper Street
Suite 650, LB 21
Arlington, TX 76011
(817) 460-5099 (Local)
(817) 461-8855 (Metro)
(817) 274-9863 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Appendix has been served on the following attorneys for Defendants, by certified mail, return receipt requested, this 7th day of May, 2004, with a copy also being provided by facsimile to Robert Smith's counsel, Attorney Weil:

Mr. Rick Disney
Douglas, Wuester & Disney, P.C.
Fort Worth Club Tower, Penthouse I-C
777 Taylor Street
Fort Worth, TX 76102-4919

Mr. Michael Mears
Andrews & Kurth, L.L.P.
1717 Main Street, Suite 3700
Dallas, TX 75201

Mr. James D. Shields
Shields, Britton & Fraser
5401 Village Creek Drive
Plano, TX 75093

Mr. Richard Young
Glast, Phillips & Murrey, P.C.
2200 One Galleria Tower
13355 Noel Rd., LB 48
Dallas, TX 75240-6657

Mr. Lindy Jones
Jones, Allen & Fuquay, L.L.P
8828 Greenville Avenue
Dallas, TX 75243

Mr. Robert Renneker
1412 Main Street
Suite 210
Dallas, TX 75202

Mr. Chris Weil
Weil & Petrocchi, P.C.
1601 Elm Street, Suite 1900
Dallas, Texas 75201-2846

**EXHIBIT A**

LAW OFFICES OF

# KASSABIAN, DOYLE & WEATHERFORD

**DAVID KASSABIAN**
BOARD CERTIFIED
CIVIL TRIAL LAW
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

A PROFESSIONAL CORPORATION
1521 NORTH COOPER STREET
SUITE 650, LB 21
ARLINGTON, TEXAS 76011

LOCAL (817) 460-5099
METRO (817) 461-8855
FAX (817) 274-9863

April 19, 2004

Mr. Chris Weil
Weil & Petrocchi, P.C.
1601 Elm Street, Suite 1900
Dallas, Texas 75201-2846
**VIA FACSIMILE**

Mr. Lindy Jones
Jones, Allen & Fuquay, L.L.P
8828 Greenville Avenue
Dallas, TX 75243
**VIA FACSIMILE**

> RE: CASE NO: *3-01-CV2247-N*
> *ALLSTATE INSURANCE COMPANY, ET AL. V. RECEIVABLE FINANCE COMPANY, L.L.C., ET. AL.*

Dear Mr. Weil and Mr. Jones:

This letter will confirm our telephone conference of today. Chris Weil advised he has an evidentiary hearing in Federal Court on Thursday, April 22, 2004, which makes him unavailable to present Robert Smith for his deposition. Further, Mr. Weil has agreed to provide us with a copy of the Order requiring him to appear for an evidentiary hearing on April 22, 2004. It was agreed Mr. Lindy Jones will produce Chiropractor Larry Parent at 9:30 a.m. and Chiropractor Ramesh Sanghani at 1:30 p.m. on Thursday, April 22, 2004, at Mr. Jones' offrice

Robert Smith's deposition will be conducted on May 11, 2004, at 10:00 a.m. at Chris Weil's' office in place of Kathryn Wade's deposition. Kathryn Wade's deposition can be re-scheduled at the request of Michael Mears for one of the June deposition dates.


Mr. Chris Weil
Mr. Lindy Jones
April 19, 2004
Page 2

I appreciate your attention to this matter.



Sincerely,

David Kassabian

/sbc
c:   Mr. Rick Disney
Douglas, Wuester & Disney, P.C.
Fort Worth Club Tower, Penthouse I-C
777 Taylor Street
Fort Worth, TX 76102-4919
**VIA FACSIMILE**

Mr. Michael Mears
Andrews & Kurth, L.L.P.
1717 Main Street, Suite 3700
Dallas, TX 75201
**VIA FACSIMILE**

Mr. Robert Renneker
1412 Main Street
Suite 210
Dallas, TX 75202
**VIA FACSIMILE**

Mr. James D. Shields
Ms. Katherine DiSorbo
Shields, Britton & Fraser
5401 Village Creek Drive
Plano, TX 75093
**VIA FACSIMILE**

Mr. Richard Young
Glast, Phillips & Murray, P.C.
2200 One Galleria Tower
13355 Noel Rd., LB 48
Dallas, TX 75240-6657
**VIA FACSIMILE**

②

**EXHIBIT B**

```
HP LaserJet 3100                          GROUP 9 BROADCAST REPORT for
Printer/Fax/Copier/Scanner                KASSABIAN & DOYLE P.C.
                                          817 274 9863
                                          Apr-19-04  12:10PM
```

| Job | Phone Number | Start Time | Pages | Mode | Status |
|---|---|---|---|---|---|
| 606 | 19724198329 | 4/19 12:01PM | 3/ 3 | BC | Completed |
| 606 | 12143437455 | 4/19 12:03PM | 3/ 3 | BC | Completed |
| 606 | 12146594401 | 4/19 12:04PM | 3/ 3 | BC | Completed |
| 606 | 12148807402 | 4/19 12:05PM | 3/ 3 | BC | Completed |
| 606 | 19727884332 | 4/19 12:07PM | 3/ 3 | BC | Completed |
| 606 | 8173364889 | 4/19 12:08PM | 3/ 3 | BC | Completed |
| 606 | 12147427110 | 4/19 12:10PM | 3/ 3 | BC | Completed |

**KASSABIAN, DOYLE &
WEATHERFORD, P.C.**
1521 NORTH COOPER STREET
SUITE 650, LB 21
ARLINGTON, TEXAS 76011
Phone: (817) 461-8858
Fax: (817) 274-9863

# Fax

| To: | Richard Young | From: | David Kassabian |
|---|---|---|---|
| | Lindy Jones | | |
| | Michael Mears | | |
| | Chris Weil | | |
| | James Shields | | |
| | Rick Disney | | |
| | Robert Renneker | | |

| Fax: | 972/419-8329 | Date: | April 19, 2004 |
|---|---|---|---|
| | 214/343-7455 | | |
| | 214/659-4401 | | |
| | 214/880-7402 | | |
| | 972/788-4332 | | |
| | 817/336-4889 | | |
| | 214/742-7110 | | |

| Phone: | | Pages: | 3 including cover |
|---|---|---|---|
| Re: | Allstate Insurance Company, et al v. Receivable Finance Company, et al | By: | Stacey Collins |

Letter dated April 19, 2004.

**CONFIDENTIALITY NOTICE**

This fax and/or e-mail and any file transmitted with it is considered confidential and intended solely for the use of the individual or entity to whom addressed. This communication may contain material protected by the attorney/client and/or attorney work product privileges. If you are not the intended recipient or person responsible for delivering this communication to the intended recipient, be advised that you have received this communication in error, and that any use, dissemination, forwarding, printing, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

③

LAW OFFICES OF

# KASSABIAN, DOYLE & WEATHERFORD

**DAVID KASSABIAN**
BOARD CERTIFIED
CIVIL TRIAL LAW
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

A PROFESSIONAL CORPORATION
1521 NORTH COOPER STREET
SUITE 650, LB 21
ARLINGTON, TEXAS 76011

LOCAL (817) 460-5099
METRO (817) 461-8855
FAX (817) 274-9863

April 19, 2004


Mr. Chris Weil
Weil & Petrocchi, P.C.
1601 Elm Street, Suite 1900
Dallas, Texas 75201-2846
**CM/RRR 7003 3110 0006 4807 3568**

> RE:  CASE NO:  3-01-CV2247-N
> *ALLSTATE INSURANCE COMPANY, ET AL. V. RECEIVABLE FINANCE COMPANY, L.L.C., ET. AL.*

---

Dear Mr. Weil:

Enclosed please find the Second Amended Notice of Intention to Take the Oral Videotaped Deposition of Robert Smith scheduled for **May 11, 2004, at 10:00 a.m. to be conducted at Mr. Weil's office.**

I appreciate your attention to this matter.

Sincerely,

David Kassabian

DK/pm
Enclosure
c:   Mr. Rick Disney
     Douglas, Wuester & Disney, P.C.
     Fort Worth Club Tower, Penthouse I-C
     777 Taylor Street
     Fort Worth, TX  76102-4919
     **CM/RRR 7003 3110 0006 4807 3575**

Mr. Chris Weil
April 19, 2004
Page 2

---

cc:   Mr. Michael Mears
      Andrews & Kurth, L.L.P.
      1717 Main Street, Suite 3700
      Dallas, TX 75201
      **CM/RRR 7003 3110 0006 4807 3582**

      Mr. Robert Renneker
      1412 Main Street
      Suite 210
      Dallas, TX 75202
      **CM/RRR 7003 3110 0006 4807 3599**

      Mr. James D. Shields
      Ms. Katherine Hoke
      Shields, Britton & Fraser
      5401 Village Creek Drive
      Plano, TX 75093
      **CM/RRR 7003 3110 0006 4807 3605**

      Mr. Richard Young
      Glast, Phillips & Murray, P.C.
      2200 One Galleria Tower
      13355 Noel Rd., LB 48
      Dallas, TX 75240-6657
      **CM/RRR 7003 3110 0006 4807 3612**

      Mr. Lindy Jones
      Jones, Allen & Fuquay, L.L.P
      8828 Greenville Avenue
      Dallas, TX 75243
      **CM/RRR 7003 3110 0006 4807 3629**

      Accent Reporting of Arlington
      P. O. Box 13539
      Arlington, TX 76094-0539

      Certified Legal Texas Video
      P. O. Box 540365
      Dallas, TX 75354



(5)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Maria Davis   C. Date of Delivery 4-20-04<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Christopher Weil<br>WEIL & PETROCCHI<br>1601 Elm Street, LB 100<br>1900 Thanksgiving Tower<br>Dallas, TX 75201 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0006 4807 3568 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |

(6)