

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, Et Al., | § § § | |
| Plaintiffs | § § | |
| vs. | § § | Civil Action No. 3-01CV2247-N |
| RECEIVABLE FINANCE COMPANY, L.L.C, Et. Al. | § § § | |
| Defendants | § | |

**APPENDIX TO PLAINTIFFS' MOTION TO COMPEL RESPONSE TO OVERDUE REQUESTS FOR PRODUCTION (DUE MAY 3, 2004) AND BRIEF IN SUPPORT THEREOF**

COME NOW the Plaintiffs and file this Appendix to their *Plaintiffs' Motion to Compel Response to Overdue Requests for Production (Due May 3, 2004) and Brief in Support Thereof.*

| Exhibit | Document | Page Numbers |
|---|---|---|
| A | *Plaintiffs' Seventh Requests for Production to Defendant Accident & Injury Pain Centers, Inc.* | 1-5 |
| B | Letter dated April 2, 2004 | 6-8 |
| C | Hand delivery receipt from "Legal Eagle Courier Service, Inc." | 9 |
| D | PS Form 3811 | 10 |

Respectfully submitted;

_____
DAVID KASSABIAN
TEXAS STATE BAR NO. 11105600
BRET WEATHERFORD
TEXAS STATE BAR NO. 20998800

KASSABIAN, DOYLE &
   WEATHERFORD, P.C.
1521 North Cooper Street
Suite 650, LB 21
Arlington, TX 76011
(817) 460-5099 (Local)
(817) 461-8855 (Metro)
(817) 274-9863 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Appendix has been served on the following attorneys for Defendants, by certified mail, return receipt requested, this 14th day of May, 2004:

Mr. Rick Disney
Douglas, Wuester & Disney, P.C.
Fort Worth Club Tower, Penthouse I-C
777 Taylor Street
Fort Worth, TX 76102-4919

Mr. Michael Mears
Andrews & Kurth, L.L.P.
1717 Main Street, Suite 3700
Dallas, TX 75201

Mr. James D. Shields
Shields, Britton & Fraser
5401 Village Creek Drive
Plano, TX 75093

Mr. Richard Young
Glast, Phillips & Murrey, P.C.
2200 One Galleria Tower
13355 Noel Rd., LB 48
Dallas, TX 75240-6657

Mr. Lindy Jones
Jones, Allen & Fuquay, L.L.P
8828 Greenville Avenue
Dallas, TX 75243

Mr. Robert Renneker
1412 Main Street
Suite 210
Dallas, TX 75202

Mr. Chris Weil
Weil & Petrocchi, P.C.
1601 Elm Street, Suite 1900
Dallas, Texas 75201-2846

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, et al | § § § | |
| Plaintiffs/Petitioners | § § | |
| vs. | § § | Civil Action No. 3-01-CV2247-N |
| RECEIVABLE FINANCE COMPANY, L.L.C, et al | § § § | |
| Defendants/Respondents | § | |

## PLAINTIFFS' SEVENTH REQUESTS FOR PRODUCTION TO DEFENDANT ACCIDENT & INJURY PAIN CENTERS, INC.

**TO:** Accident & Injury Pain Centers, Inc., (d/b/a Accident & Injury Chiropractic), Defendant, by and through its attorney of record, Mr. Michael Mears, Andrews Kurth L.L.P., 1717 Main Street, Suite 3700, Dallas, TX 75201.

**ALLSTATE INSURANCE COMPANY et al,** Plaintiffs in the above entitled and numbered cause, submits the following Seventh Request for Production of Documents to **Accident & Injury Pain Centers, Inc., (d/b/a Accident & Injury Chiropractic),** Defendant, pursuant to Rule 34, Federal Rules of Civil Procedure, requesting that the documents and things hereinafter described be produced at the offices of **Kassabian, Doyle & Weatherford, P.C., 1521 N. Cooper Street, Suite 650, LB 21, Arlington, Texas 76011,** within thirty (30) days from the date of service hereof.



EXHIBIT
A



Respectfully submitted;

*[signature]*

DAVID KASSABIAN
TEXAS STATE BAR NO. 11105600
BRET WEATHERFORD
TEXAS STATE BAR NO. 20998800

KASSABIAN DOYLE &
    WEATHERFORD, P.C.
1521 North Cooper Street
Suite 650, LB 21
Arlington, TX 76011
(817) 460-5099 (Local)
(817) 461-8855 (Metro)
(817) 274-9863 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Seventh Request for Production has been served on Defendant's counsel, by and through is attorney of record, Mr. Michael Mears, Andrews Kurth, L.L.P., 1717 Main Street, Suite 3700, Dallas, TX 75201, by hand delivery, and all other counsel of record, by certified mail, return receipt requested, this 2nd day of April 2004.

*[signature]*

Definitions and Instructions applicable to these requests:

"You," "Your," or "Accident & Injury" shall refer to Accident & Injury Pain Centers, Inc.

Any request for a document, correspondence, or other item shall include documents, correspondence, or other items transmitted or maintained electronically.

### REQUEST FOR PRODUCTION NO. 1:

In regard to the patients identified in Exhibits A and B to Plaintiffs' Third Amended Disclosures, copies of the electronically stored portion of the patient file, such as notes, forms, and other documents. This request includes, but is not limited to, the "Eclipse" system notes referenced by Tina Cheshire during her March 31, 2004 deposition.

### REQUEST FOR PRODUCTION NO. 2:

In regard to the patients of the "approximately 300" Personal Injury Protection (PIP) claims referenced by Accident & Injury's counsel during the October 1, 2003 deposition of Bruce Vest (see page 177 of the deposition), copies of the electronically stored portion of the patient file, such as notes, forms, and other documents. This request includes, but is not limited to, the "Eclipse" system notes of which Tina Cheshire testified during her March 31, 2004 deposition.

### REQUEST FOR PRODUCTION NO. 3:

In regard to any other patients that Accident & Injury contends should be included in the 'pool' or 'population' of patients from which a random sample could be drawn in regard to this lawsuit, copies of the electronically stored portion of the patient file, such as notes, forms, and other documents. This request includes, but is not limited to, the "Eclipse" system notes referenced by Tina Cheshire during her March 31, 2004 deposition.

## REQUEST FOR PRODUCTION NO. 4:

Copies of any standing, general, or "blanket" Letters of Protection between Accident & Injury, and any attorneys or law offices, for the period January 1, 1998 to the present. This request includes, but is not limited to, the "blanket" letters of protection of which Tina Cheshire testified during her March 31, 2004 deposition.

## REQUEST FOR PRODUCTION NO. 5:

Copies of any documents, such as letters or memorandum, in which Accident & Injury alleged Dr. James Laughlin, D.O., committed fraud or engaged in unethical and/or illegal activities in regard to the examination or treatment of patients, for the period January 1, 1999 to the present.

## REQUEST FOR PRODUCTION NO. 6:

Copies of any documents, such as letters or memorandum, received by Accident & Injury from Dr. James Laughlin, D.O., or Dr. Laughlin's representatives or agents, responding to any allegations by Accident & Injury that Dr. Laughlin committed fraud or engaged in unethical and/or illegal activities in regard to the examination or treatment of patients.

LAW OFFICES OF

# KASSABIAN, DOYLE & WEATHERFORD

**DAVID KASSABIAN**
BOARD CERTIFIED
CIVIL TRIAL LAW
PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

A PROFESSIONAL CORPORATION
1521 NORTH COOPER STREET
SUITE 650, LB 21
ARLINGTON, TEXAS 76011

LOCAL (817) 460-5099
METRO (817) 461-8855
FAX (817) 274-9863

April 2, 2004

Mr. Michael Mears
Andrews & Kurth, L.L.P.
1717 Main Street, Suite 3700
Dallas, TX 75201
**HAND DELIVERED**

   *RE:  CASE NO:  3-01-CV2247-N*
     *ALLSTATE INSURANCE COMPANY, ET AL. V. RECEIVABLE FINANCE*
     *COMPANY, L.L.C., ET. AL.*

Dear Mr. Mears:

Enclosed please find Plaintiffs' Seventh Requests for Production to Defendant Accident & Injury Pain Centers, Inc.

By copy of this letter, we are forwarding a copy of said document to all other defense counsel, via certified mail, return receipt requested.

I appreciate your attention to this matter.

               Sincerely,

               David Kassabian

/sbc
Enclosures
c:  Ms. Karen Mitchell
   United States District Clerk
   14A20 Federal Building
   1100 Commerce Street
   Dallas, TX 75242
     (w/out enclosure)


EXHIBIT B

Mr. Michael Mears
April 2, 2004
Page 2

c:  Mr. Rick Disney
    Douglas, Wuester & Disney, P.C.
    Fort Worth Club Tower, Penthouse I-C
    777 Taylor Street
    Fort Worth, TX 76102-4919
    **CM/RRR 7003 2260 0004 9351 0697**

    Mr. Richard Young
    GLAST, PHILLIPS & YOUNG, P.C.
    2200 One Galleria Tower
    13355 Noel Rd., LB 48
    Dallas, TX 75240-6657
    **CM/RRR 7003 2260 0004 9351 0703**

    Mr. Robert Renneker
    1412 Main Street
    Suite 210
    Dallas, TX 75202
    **CM/RRR 7003 2260 0004 9351 0710**

    Mr. James D. Shields
    Ms. Katherine DiSorbo
    Shields, Britton & Fraser
    5401 Village Creek Drive
    Plano, TX 75093
    **CM/RRR 7003 2260 0004 9351 0727**

    Mr. Chris Weil
    Weil & Petrocchi, P.C.
    1601 Elm Street, Suite 1900
    Dallas, Texas 75201-2846
    **CM/RRR 7003 2260 0004 9351 0734**

⑦

Mr. Michael Mears
March 30, 2004
Page 3

c:    Mr. Lindy Jones
     JONES, ALLEN & FUQUAY, L.L.P
     8828 Greenville Avenue
     Dallas, TX  75243
     **CM/RRR 7003 2260 0004 9351 0741**





EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Lindy Jones
JONES, ALLEN & FUQUAY, L.L.P
5828 Greenville Avenue
Dallas, TX 75243

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0004 9351 0741

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT D**

