ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, et al. | § § § | |
| Plaintiffs/Petitioners, | § § | |
| v. | § | Civil Action No. 3-01-CV2247-N |
| RECEIVABLE FINANCE COMPANY, et al., | § § § | |
| Defendants/Respondents. | § | |

### AFFIDAVIT OF MICHAEL E. MEARS, ESQ.

STATE OF TEXAS       §
                     §
COUNTY OF DALLAS     §

**BEFORE ME**, the undersigned authority, personally appeared **MICHAEL E. MEARS**, who having been duly sworn, deposes and states as follows:

1. I am an attorney associated with the law firm of Andrews Kurth LLP, and practice law on a regular basis in the state of Texas. I have been so licensed and have practiced in Texas since December of 1987. Prior to that, I practiced law in the State of Ohio for approximately 10 years. I am also licensed to practice law in the United States District Court for the Northern District of Texas. I have personal knowledge of, and am otherwise competent to testify to, all the matters hereinafter stated.

2. Andrews Kurth has been retained by Accident & Injury Pain Centers, Inc. and Receivable Finance, LLC. I am the attorney from Andrews Kurth LLP primarily responsible for this matter. This affidavit is given in support of Defendants' Motion to Exclude Expert Witness.

3. Attached as Exhibit C to the Appendix to Defendants' Motion Exclude Expert Witness are true and correct copies of pages from two Business Records Affidavits of Custodian for Texas Board of Chiropractic Examiners dated June 3, 2004 and June 14, 2004. The originals of these business records affidavits and all documents attached thereto are filed with the papers of the Court on June 21, 2004. True and correct copes of those affidavits (with only the attachments relevant to this Motion) are attached to this Affidavit.

17. Attached as Exhibit F to the Appendix Under Seal to Motion to Exclude Expert Witness are true and correct copies of pages excerpted from the deposition of Edward Joseph Moran, which I attended on May 4, 2004. The testimony set forth in the transcript is the testimony given by Mr. Moran at the time of his deposition.

FURTHER AFFIANT SAYETH NOT.

_____
Michael E. Mears

SWORN TO AND SUBSCRIBED before me this 21st day of June, 2004.

[SEAL: LINDA WEST, Notary Public State of Texas, Commission Expires MARCH 3, 2007]

_____
Notary Public in and for Dallas County, Texas

[SEAL]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, et al., | § § § § | |
| Plaintiffs/Petitioners, | | |
| v. | § § § § § § | Civil Action No. 3-01-CV2247-N |
| RECEIVABLE FINANCE COMPANY, et al., | | |
| Defendants/Respondents. | | |

BUSINESS RECORDS AFFIDAVIT OF CUSTODIAN FOR
THE TEXAS BOARD OF CHIROPRACTIC EXAMINERS

BEFORE ME, the undersigned authority, personally appeared Sandra Smith, who being by me duly sworn, deposed as follows:

1. "My name is Sandra Smith. I am of sound mind, capable of making this Affidavit, and I have not been convicted of a crime. I am over the age of eighteen (18) years. I have personal knowledge of the facts herein stated and they are true and correct.

2. I am the Custodian of Records for the Texas Board of Chiropractic Examiners (the "TBCE"), 333 Guadalupe, Suite 3-825, Austin, Texas 78701-3942. Attached hereto are two (2) pages of records for the TBCE (a copy of a Progress Report and Transcript numbered TBCE0074, and a better copy of the left margin of that document, which is not numbered). The said two (2) pages of records are kept by the TBCE in the regular course of business of the TBCE, and it was the regular course of business of the TBCE for an employee or representative of the TBCE, with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or transmit information thereof to be included in such record; and the record was made

at or near the time reasonably soon thereafter. The records attached hereto are exact duplicates of the original records.

    Further, affiant sayeth not.

_____

        SANDRA SMITH
        Printed Name

    SUBSCRIBED AND SWORN TO BEFORE ME, to certify which witness my hand and seal of office, on this __14__ day of June, 2004.



_____
Notary Public
For and in the State of Texas

My Commission Expires:c

__5/7/07__

Business Records Affidavit - Page 2

DAL:507586.1

# PROGRESS REPORT & TRANSCRIPT

## TEXAS CHIROPRACTIC COLLEGE
### 618 W. MYRTLE STREET, SAN ANTONIO, TEXAS

Timberlake, Billy Wayne  Street 1709 Merrywood Way
Gainesville, Texas   Entered Jan. 26, 1959
Graduated 6-4-64  Total Hours 4,308

### FIRST YEAR

| COURSE | SUBJECT | DATE | GRADE | HOURS | INST. |
|---|---|---|---|---|---|
| gy 111 | Circulation & Respiration | 1-22-60 | 31 | | Ek. |
| ctic 111 | Terminology | 1-22-60 | 71 | 36 | Ek. |
| ctic 2 | Principles | 5-20-59 | 82 | 54 | WDH |
| 11 | Elementary Medical | 1-22-60 | 72 | 36 | WDH |
| 111 | Cranial & Spinal Nerves | 1-22-60 | 83 | 90 | HET |
| 211 | Osteology, Syndesmology, & Myology | 1-22-60 | 72 | 180 | HBW |
| gy 111 | Logic | 1-22-60 | 20 | | Bur. |
| 312 | Histology | 5-29-59 | 96 | 16 | |
| cy 2 | Digestion & Metabolism | 1-22-60 | 34 | 36 | Ek. |
| ctic 112 | Terminology | 5-29-59 | 72 | | WDH |
| 412 | Peripheral Nerves | 5-29-59 | 76 | 90 | Ek. |
| | Angiology, Lymphology, Splanchnology, Endocrinology | 5-29-59 | 75 | 180 | |
| 512 | Normal | 5-29-59 | 90 | 20 | S.R. |
| gy 212 | Athletic Injuries | 7-15-60 | 86 | 27 | Ek. |
| e 113 | Genito Urinary | 7-15-60 | 90 | 18 | Ek. |
| gy 313 | Special Senses | 7-15-60 | 88 | 45 | HBW |
| 613 | Special Anatomy & Physiology of Spine | 7-15-60 | 83 | 45 | WDH |
| ctic 313 | Palpation & Nerve Tracing | 7-15-60 | 95 | 27 | F.B. |
| e 213 | Terminology | 7-15-60 | 70 | 18 | Ek. |

### SECOND YEAR

| COURSE | SUBJECT | DATE | GRADE | HOURS | INST. |
|---|---|---|---|---|---|
| 121L | History Taking & Physical Examination | 1-27-61 | 70 | 90 | G.L. |
| y 121L | Laboratory | 1-27-61 | 83 | 54 | F.B. |
| gy 421 | Clinical Nutrition | 1-27-61 | 72 | 36 | Ek. |
| y 121 | General | 1-27-61 | 80 | 90 | WDH |
| 22L | Laboratory | 1-27-61 | 84 | 90 | F.B. |
| e 2 | Adjusting Procedures | 5-27-60 | 75 | 90 | HBW |
| y 122 | Physics & Technique | 5-27-60 | 85 | 90 | HET |
| 722 | Embryology | 5-27-60 | 81 | 90 | F.B. |
| gy 522 | Nervous System | 5-27-60 | 75 | 54 | WDH |
| y 222 | Neoplasms | 5-27-60 | 77 | 36 | WDH |
| s 323 | Metabolism & Infectious Diseases | 7-14-61 | 77 | 45 | F.B. |
| gy 323 | Ethics | 7-14-61 | 85 | 45 | G.L. |

TBCE 0074
Timberlake

### THIRD YEAR

| COURSE | SUBJECT | DATE | GRADE | HOURS | INST. |
|---|---|---|---|---|---|
| Diagnosis 451 | Respiration, Digestion, Endocrines | 1-25-63 | 71 | 90 | G.L. |
| Anatomy 881 | Brain & Cord | 1-25-63 | 70 | 90 | HET |
| Pathology 331 | Vascular Diseases | 1-25-63 | 70 | 54 | JBB |
| Technique 431 | General Technique | 5-31-61 | 98 | 36 | HBW |
| Radiology 231 | Interpretation | 1-25-63 | 84 | 54 | HET |
| Technique 531 | Reflexology | 1-25-63 | 75 | 36 | Ek. |
| Pathology 432 | Urinary & Reproductive Systems | 2-14-63 | 71 | 14 | JBB |
| Radiology 332 | Diagnosis | 2-14-63 | 75 | 14 | HET |
| Pathology 532 | Nervous System | 1-24-62 | 80 | 54 | Ek. |
| Chiropractic 432 | Office Administration | 2-14-63 | 81 | 6 | HBW |
| Diagnosis 532 | Dermatology | 2-14-63 | 79 | 8 | JBB |
| Chiropractic 532 | Principles | 5-31-61 | 75 | 36 | WDH |
| Diagnosis 633 | Nervous Diseases | 7-13-62 | 74 | 45 | GL |
| Psychology 433 | Abnormal | 7-13-62 | 84 | 45 | HET |
| Clinic | | 1-24-62 | 76 | 36 | G.L. |

### FOURTH YEAR

| COURSE | SUBJECT | DATE | GRADE | HOURS | INST. |
|---|---|---|---|---|---|
| Pathology 641 | Respiratory & Digestive Systems | 5-31-61 | 74 | 90 | Ek. |
| Radiology 441 | Soft Tissue | 5-30-62 | 70 | 90 | HET |
| Anatomy 941 | Advanced Embryology | 5-27-60 | 87 | 36 | P.B. |
| Technique 641 | General Technique | 1-23-63 | 95 | 36 | HET |
| Diagnosis 741 | Pediatrics | 5-30-62 | 70 | 72 | G.L. |
| Chiropractic 641 | Principles | 5-30-62 | 77 | 18 | WDH |
| Physiology 642 | Obstetrics & Gynecology | 1-24-62 | 70 | 72 | Ek. |
| Chiropractic 742 | Jurisprudence | 5-31-61 | 75 | 54 | Dean |
| Technique 742 | Anatomical Architecture | 1-24-62 | 76 | 54 | HBW |
| Diagnosis 842 | Vascular, Genito & Urinary Diseases | 1-24-62 | 75 | 90 | G.L. |
| Diagnosis 942 | Disease of the Eye | 1-24-62 | 78 | 54 | HET |
| Technique 842 | General Technique | 2-14-63 | 85 | 14 | WDH |
| Clinic | | 2-14-63 | 80 | 14 | G.L. |
| Tech. 742 | Adv. Clin. Procedure | 5-27-60 | 90 | 54 | HBW |
| Anat. 312 | Histology | 5-27-60 | 86 | 90 | P.B. |
| Psy. 111 | Logic & Psychology | 5-31-61 | 90 | 90 | S.B. |
| Anat. 941a | Adv. Embryology | 5-31-61 | 90 | 54 | P.B. |
| Phys. 111 | Circulation & Respiration | 9-27-61 | 70 | 54 | Ek. |
| Phys. 211 | Digestion & Metabolism | 9-27-61 | 76 | 36 | Ek. |
| Chiro. 421 | Office Procedure | 1-24-62 | 90 | 18 | Mar. |
| Anat. 941b | Adv. Embryology | 5-30-62 | 87 | 54 | G.L. |
| Path. 641a | Resp. & Diges. Sys. | 5-30-62 | 74 | 90 | Ek. |
| Anat. 1031 | Gross Anatomy | 5-11-62 | 85 | 20 | A.N. |
| Chiro. 641a | Principles | 2-14-63 | 87 | 14 | WDH |

TEXAS CHIROPRACTIC COLLEGE
Dean

Clinic Credits
Class Hours

# PROGRESS REPORT & TRANSCRIPT

**TEXAS CHIROPR**
618 W. MYRTLE STREET

Name: Timberlake, Billy Wayne  Street: 1709 Merrywood Way
City: Gainesville, Texas  Entered: Jan. 26, 1959
Degree: D. C.  Graduated: 6-4-64  Total Hours: 4,308

## FIRST YEAR

| COURSE | SUBJECT | DATE | GRADE | HOURS | INST. |
|---|---|---|---|---|---|
| Physiology 111 | Circulation & Respiration | 1-22-60 | 31 |  | Ek. |
| Chiropractic 111 | Terminology | 1-22-60 | 71 | 36 | Ek. |
| Chiropractic 211 or 212 | Principles | 5-20-59 | 82 | 54 | WDH |
| Physics 111 | Elementary Medical | 1-22-60 | 77 | 36 | WDH |
| Anatomy 111 | Cranial & Spinal Nerves | 1-22-60 | 83 | 90 | HET |
| Anatomy 211 | Osteology, Syndesmology, & Myology | 1-22-60 | 72 | 180 | HEW |
| Psychology 111 | Logic | 1-22-60 | 20 |  | Bur. |
| Anatomy 312 | Histology | 5-19-59 | 86 |  | TTP |
| Physiology 211 or 212 | Digestion & Metabolism | 1-22-60 | 34 |  | Ek. |
| Chiropractic 112 | Terminology | 5-29-59 | 72 | 36 | WDH |
| Anatomy 412 | Peripheral Nerves | 5-19-59 | 76 | 90 |  |
| Anatomy 512 | Angiology, Lymphology, Splanchnology, Endocrinology | 5-19-59 | 55 | 180 |  |
| Psychology 212 | Normal | 5-29-59 | 90 | 90 | J.B. |
| Technique 113 | Athletic Injuries | 7-15-60 | 86 | 27 | Ek. |
| Physiology 313 | Genito Urinary | 7-15-60 | 90 | 18 | Ek. |
| Anatomy 613 | Special Senses | 7-15-60 | 88 | 45 | HEW |
| Chiropractic 313 | Special Anatomy & Physiology of Spine | 7-15-60 | 83 | 45 | WDH |
| Technique 213 | Palpation & Nerve Tracing | 7-15-60 | 95 | 27 | F.B. |
| Chiropractic 113 | Terminology | 7-15-60 | 70 | 18 | Ek. |

## SECOND YEAR

| COURSE | SUBJECT | DATE | GRADE | HOURS | INST. |
|---|---|---|---|---|---|
| Diagnosis 121L | History Taking & Physical Examination | 1-27-61 | 70 | 90 | G.L. |
| Pathology 121L | Laboratory | 1-27-61 | 83 | 54 | F.B. |
| Physiology 421 | Clinical Nutrition | 1-27-61 | 72 | 36 | Ek. |
| Pathology 121 | General | 1-27-61 | 80 | 90 | WDH |
| Diagnosis 221L or 222L | Laboratory | 1-27-61 | 84 | 90 | F.B. |
| Technique 321 or 322 | Adjusting Procedures | 5-27-60 | 75 | 90 | HEW |
| Radiology 122 | Physics & Technique | 5-27-60 | 85 | 90 | HET |
| Anatomy 722 | Embryology | 5-27-60 | 81 | 90 | F.B. |
| Physiology 522 | Nervous System | 5-27-60 | 75 | 54 | WDH |
| Pathology 222 | Neoplasms | 5-27-60 | 77 | 36 | WDH |
| Diagnosis 323 | Metabolism & Infectious Diseases | 7-14-61 | 77 | 45 | F.B. |
| Psychology 323 | Ethics |  |  |  |  |
| Clinic |  | 7-14-61 | 85 | 45 | G.L. |

Admission Credits:

## THIRD

| COURSE | SUBJECT |
|---|---|
| Diagnosis 431 | Respiration, Digestion, Er |
| Anatomy 881 | Brain & Cord |
| Pathology 331 | Vascular Diseases |
| Technique 431 | General Technique |
| Radiology 231 | Interpretation |
| Technique 531 | Reflexology |
| Pathology 432 | Urinary & Reproductive S |
| Radiology 332 | Diagnosis |
| Pathology 532 | Nervous System |
| Chiropractic 432 | Office Administration |
| Diagnosis 532 | Dermatology |
| Chiropractic 532 | Principles |
| Diagnosis 633 | Nervous Diseases |
| Psychology 433 | Abnormal |
| Clinic |  |

## FOURTH

| COURSE | SUBJECT |
|---|---|
| Pathology 641 | Respiratory & Digestive S |
| Radiology 441 | Soft Tissue |
| Anatomy 941 | Advanced Embryology |
| Technique 641 | General Technique |
| Diagnosis 741 | Pediatrics |
| Chiropractic 641 | Principles |
| Physiology 642 | Obstetrics & Gynecology |
| Chiropractic 742 | Jurisprudence |
| Technique 742 | Anatomical Architecture |
| Diagnosis 842 | Vascular, Genito & Urinar |
| Diagnosis 942 | Disease of the Eye |
| Technique 842 | General Technique |
| Clinic |  |
| Tech. 742 | Adv. Clin. Procedu |
| Anat. 312 | Histology |
| Psy. 111 | Logic & Psychology |
| Anat. 941a | Adv. Embryology |
| Phys. 111 | Circulation & Respi |
| Phys. 211 | Digestion & Metabo |
| Chiro. 421 | Office Procedure |
| Anat. 941b | Adv. Embryology |
| Path. 641a | Resp. & Diges. Sys |
| Anat. 1031 | Gross Anatomy |
| Chiro. 641a | Principles |

**TEXAS CHIROPRACTIC COLLEGE**

_[signature]_ D.C.
Date: June 5, 1964

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, et al., | § § | |
| Plaintiffs/Petitioners, | § § | |
| v. | § § | Civil Action No. 3-01-CV2247-N |
| RECEIVABLE FINANCE COMPANY, et al., | § § § | |
| Defendants/Respondents. | § | |

### BUSINESS RECORDS AFFIDAVIT OF CUSTODIAN FOR THE TEXAS BOARD OF CHIROPRACTIC EXAMINERS

BEFORE ME, the undersigned authority, personally appeared Sandra Smith, who being by me duly sworn, deposed as follows:

1. "My name is Sandra Smith. I am of sound mind, capable of making this Affidavit, and I have not been convicted of a crime. I am over the age of eighteen (18) years. I have personal knowledge of the facts herein stated and they are true and correct.

2. I am the Custodian of Records for the Texas Board of Chiropractic Examiners (the "TBCE"), 333 Guadalupe, Suite 3-825, Austin, Texas 78701-3942. Attached hereto are 192 pages of records for the TBCE (a December 19, 2003 letter from the TBCE to Linda West, Andrews Kurth LLP and a December 19, 2003 letter from the TBCE to Bill Timberlake, D.C., plus 190 pages which have been numbered *"TBCE 0001 Timberlake"* to *"TBCE 190 Timberlake"*). The said 192 pages of records are kept by the TBCE in the regular course of business of the TBCE, and it was the regular course of business of the TBCE for an employee or representative of the TBCE, with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or transmit information thereof to be included in such record; and the record was made

Business Records Affidavit - Page 1
DAL:507586.1

at or near the time reasonably soon thereafter. The records attached hereto are exact duplicates of the original records.

    Further, affiant sayeth not.

_____

          SANDRA SMITH
Printed Name

    SUBSCRIBED AND SWORN TO BEFORE ME, to certify which witness my hand and seal of office, on this __3rd__ day of June, 2004.



_____
Notary Public
For and In the State of Texas

My Commission Expires:

__5/7/2007__

Business Records Affidavit - Page 2

# TEXAS SECONDARY SCHOOL RECORD

| TIMBERLAKE | BILL | WAYNE |
|---|---|---|
| Last Name of Applicant | First Name | Middle Name |

Check one:
☐ Female
☒ Male

Birth Date: May 2, 1939
Month   Day   Year

Applicant's Address: _____

Parent's Name: M. P. Timberlake

Parent's Address: _____

High School Reporting: Gainesville High School    Address: 1201 Lindsay; Gainesville

Did applicant graduate from your high school? Yes    When? May 31, 1957

In what quarter did applicant rank? Fourth    Number of students in class: 120

Attendance at last high school other than yours: ----    When: ----

Significant honors and activities (limit to 3 or 4): _____

Test records (Use last ones taken prior to issuance of this transcript)

| Name of Test | Date | Score | Name of Test | Date | Score |
|---|---|---|---|---|---|
| Otis Beta I.Q. | 4/54 | 109 |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Accrediting associations or agencies of which this high school is a member _____

TEXAS EDUCATION AGENCY

SOUTHERN ASSOCIATION OF COLLEGES AND SECONDARY SCHOOLS

Remarks: _____

App. 141 [BCE 0067
Timberlake

NAME **Timberlake** | **Wayne**     Date transcript sent **May 26, 1964**
Last Name of Applicant | First Name | Middle Name

GRADING SCALE: Highest passing grade __100__, Lowest passing grade __65*__, Failing __64 & below__
* Indicates accelerated, honors classes or special classes for the gifted.  *70 for college recommend.

specific subjects

| First Year 19 53 - 19 54 | Grades 1st Semester | Grades 2nd Semester | Units for Graduation | Second Year 19 54 - 19 55 | Grades 1st Semester | Grades 2nd Semester | Units for Graduation |
|---|---|---|---|---|---|---|---|
| English I | 68 | 70 | 1 | English II | 67 | 66 | 1 |
| General Math | 86 | 70 | 1 | Algebra I | 79 | 69 | 1 |
| General Science | 67 | 74 | 1 | World History | 79 | 77 | 1 |
| Wood Shop | 88 | 86 | 1 | Athletics | Cr. | Cr. | ½ |
| Athletics | 93 | 93 | ½ | Mech. Drawing I | 84 | 84 | 1 |
| | | | | | | | |
| | | | | | | | |
| **Third Year** 19 55 - 19 56 | | | | **Fourth Year** 19 56 - 19 57 | | | |
| English III | 77 | 74 | 1 | English IV | 73 | 69 | 1 |
| Algebra II | 79 | | ½ | Com. Arithmetic | - | 74 | ½ |
| Biology | 83 | 74 | 1 | Chemistry | 66 | 65 | 1 |
| American History | 85 | 87 | 1 | Wood Shop II | 90 | 80 | 1 |
| Phys. Ed. | Cr. | Cr. | ½ | Typing I | 73 | 70 | 1 |
| | | | | Phys. Ed. | Cr. | Cr. | ½ |

Use space below for summer work and fifth year. For summer work or correspondence, give actual hours of class and laboratory attendance--not long session equivalents.

| Session | Subject | No. Weeks | Grade | Units Earned | Fifth Year | Grades 1st Sem. | Grades 2nd Sem. | Units Earned |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

For Use of Registrar

I certify that all of the information given above is to the best of my knowledge correct and this is a complete record of this student's secondary school work.

Signature of Certifying Official __Mrs. Lina Wilson__

TBCE 0068
Timberlake

Title __Registrar__

App. 142

**Permanent Record Card. NORTH TEXAS STATE UNIVERSITY, Texas**

**TIMBERLAKE, (MR.) BILL WAYNE**
Student's Last Name — Other Names

- Home Address: 1705 Merrywood, Gainesville, Tex.
- Admitted: Sept. 16, 1957
- Classification: Freshman
- Age: 18
- Date of Birth: May 22, 1939
- Place of Birth: Warren, Ark.
- Church Membership: Baptist — ~~BROOKER~~
- Name of Parent or Guardian: M. P. Timberlake
- Address: Gainesville, Texas
- Occupation: Salesman

DEGREES:
CERTIFICATES:

Entitled to Honorable Dismissal  5-26-64
Assistant Registrar

**HIGH SCHOOL RECORD**

Was graduated May 31, 1957 from Gainesville H.S., Gainesville, Texas with the following units: Eng.4; AmHist.1; WHist.1; Alg.1½; CMath.1; BArith.½; GSci.1; Biol.1; Chem.1; Typ.1; VIEs 2; IA 1; PEd.1; Hlth.1.
Total 18
No Conditions

Explanation of Grades and Symbols: A—Excellent; B—Good; C—Fair; D—Passing; E—Condition; F—Failure; X—Incomplete; Q—Drop; W—Withdrew before mid-semester; WP—Withdrew after mid-semester. Failing; WX—Withdrew after mid-semester, Passing; WT—Withdrew last third of semester with special permission. WX can be removed. G—Graduate Credit. N—No Credit.

| Subject Number | Descriptive Title | Sem. Hours | Sem. Grade | Grade Points | Hrs. Per Week Lec. | Lab. |
|---|---|---|---|---|---|---|
| | **Gainesville College, Gainesville, Texas** | | | | | |
| | *Summer 1957* | | | | | |
| Eng.113 | Eng. Comp. & Rhet. | 3 | C | 3 | | |
| Eng.123 | Eng. Comp. & Rhet. | 0 | W | | | |
| | Total sem. hrs. - - 3. | | | | | |
| | **N.T.S.C.** | | | | | |
| 9 16 | TO 01 28 58 | | | | | |
| LS1110 | USE OF LIBRARIES | 3 | F | | 1 | |
| AS1101 | FIRST YEAR BASIC | 1 | Q | | 2 | |
| GE1105 | PHYSICAL GEOLOGY | 3 | C | 3 | 3 | 2 |
| PE1118 | GOLF SPEEDBALL &T | 1 | A | | 3 | |
| ED1161 | PSY PERS DEVELOPM | 3 | D | | 3 | |
| BA2251 | BUS PSYCHOLOGY | 3 | C | | 3 | |
| B-1132 | PRIN OF ZOOLOGY | | F | 9 | 3 | 4 |
| | | 10 | | | | |
| 1 29 | TO 5 30 58 | | | | | |
| LS1110 | USE OF LIBRARIES | 1 | F | | 1 | |
| GE1106 | HIST GEOLOGY | 3 | A | 3 | 3 | |
| PE1110 | TEN SB VB SEL ACT | 1 | D | | 3 | |
| SP1110 | BUSINESS SPEAKING | 3 | C | | 3 | |
| ED1162 | GEN PSYCHOLOGY | 3 | C | 9 | 3 | |
| IA122 | EXPLORATORY METAL | | | | 2 | 4 |
| | | 10 | | | | |

App. 143
TBCE 0070
Timberlake

# Official Transcript — Gainesville College
## GAINESVILLE, TEXAS

Name: Timberlake, Bill Wayne   Address: Gainesville, Tex.   Date: 1-31-59

Admitted: 9-1-57   Graduated: No   Degree: —

Entrance Units From Gainesville High School, Gainesville, Tex.

| SUBJECTS | | SUBJECTS | | SUBJECTS | | SUBJECTS | | SUBJECTS | |
|---|---|---|---|---|---|---|---|---|---|
| English | 4 | Algebra | 1½ | Biology | 1 | Agriculture | | | |
| Ancient His. | | Plane Geom. | | Botany | | Bookkeeping | | | |
| M. & M. His. | | Solid Geom. | | Chemistry | 1 | Home Econom. | | | |
| World His. | 1 | Trigonometry | | Gen. Science | 1 | Mech. Draw. | 1 | | |
| American His. | 1 | Latin | | Physics | | Man. Training | 2 | | |
| Civics | | Speech | | Phys. Educa. | 2 | Type | 1 | | |
| Economics | | Spanish | | Music | | Com. Arith. | 1 | | |
| Gen. Math. | | Band | | | | | | | |

TOTAL: 17

## RECORD OF COLLEGE WORK

EXPLANATION — A 90-100; B 80-89; C 70-79; D 60-69; E Condition; F Failure; D is the lowest passing grade.

| COURSE NO. | DESCRIPTIVE TITLE | Val. in Sem Hr | CLOCK HRS Lec. | CLOCK HRS Lab. | Total Wks. | Fall Sem | Spg Sem | Sum. | SESSION |
|---|---|---|---|---|---|---|---|---|---|
| 13-123 | English: Comp. & Rhetoric | 3 | 3 | | 12 | F | | | 1957 |
| 123- | English: Comp. & Rhetoric | 3 | 3 | | 18 | | C | W | 1958-59 |
| 213- | Education: Gen. Psychology | 3 | 3 | | 18 | F | | | |
| 213- | Government: Tex. Govt. & Consts. | 3 | 3 | | 18 | D | | | |
| 114- | Chemistry: Tech. Inorganic | 4 | 3 | 3 | 18 | F | | | |
| 114- | I.A.: Mechanical Drawing | 4 | 3 | 3 | 18 | F | | | |
| | | 6 Semester Hours | | | | | | | |

TBCE 0071
Timberlake

App. 144

The above is a correct record of **Bill Wayne Timberlake**, who is entitled to honorable dismissal.

(SEAL)

Signature of Registrar: J. Norris Scott

Dean and Registrar

**PERMANENT REC AND**
**SAN ANTONIO COLLEGE**
**SAN ANTONIO, TEXAS**

**STUDENT'S NAME:** BLAKE, BILL WAYNE
**ADDRESS:** ~~2117-N-1~~ Branch, San Antonio, Texas
**OTHER**
**ST**
**ENTERED:** Sept 8, 1960   **GRADUATED**   **DIPLOMA**

| Course Name and Number | DESCRIPTIVE TITLE OF COURSE | SEM. HRS. | CLOCK HOURS LEC./LAB. | GRADE | POINTS | Course Name and Number | DESCRIPTIVE TITLE OF COURSE | SEM. HRS. | CLOCK HOURS LEC./LAB. | GRADE | POINTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fall Semester 1960-61 | | | | | | Summer Session 1962; Eve: | | | | |
| Chem 801a | General Chemistry | 0 | 3 4 | WP0 | 0 | Chem 801b | General Chemistry 35   19 | 4 | 6 8 | D II | 0 |
| Zool 801a | Animal Biology | 4 | 3 4 | D | 0 | | 06 | | | | |
| | #Withdrew 11/1/60   04 | | | | | | Fall Semester 1962-63; Day: | | | | |
| | 04            00 | | | | | Chem 410 | Intro Organic Chemistry | 0 | 3 | WP D | 0 |
| | Spring Semester 1960-61 | | | | | Bact 416 | Elem Bacteriology | 0 | 3 4 | D | 0 |
| Chem 801a | General Chemistry | 4 | 3 | D | 0 | | *Withdrew 1/7/63 | | | | |
| Zool 801b | Animal Biology | 4 | 3 4 | D | 0 | | ENFORCED SCHOLASTIC WITHDRAWAL | | | | |
| | SCHOLASTIC PROBATION 5/31/61 | | | | | | 1/23/63 | | | | |
| | First Summer Session 1961 | | | | | | 39            19            06 | | | | |
| Zool 412 | Comparative Vertebrate Anatomy ## | 0 | 7½ 10 | D | 0 | | REMOVED FROM PROBATION | | | | |
| | Second Summer Session 1961 | | | | | | FALL SEM 63-64 | | | | |
| Chem 801b | General Chemistry | 0 | 7½ | F | 0 | CHEM 410 | INTRO ORGANIC CHEM | 4 | 3 | C | 3 |
| | 20     12        00 | | | | | BACT 416 | ELEM BACTERIOLOGY | 4 | 3 4 | C | 4 |
| | Fall Semester 1961-62 | | | | | ZOOL 412 | COMPAR VERT ANATOMY | 4 | 3 4 | C | 4 |
| Bact 310 | Biol & Prev of Infectious Diseases | 3 | 3 | B | 6 | | TIMBERLAKE BILL W   12   12 | | | | |
| | CONTINUED ON PROBATION 1/24/62 | | | | | | SPRING SEM 1964 | | | | |
| | 23      15        06 | | | | | BACT 312 | FUND OF PATHOLOGY | 3 | 3 | C | 3 |
| | Spring Semester 1961-62 | | | | | CHEM 411 | PHYSIOL & FOOD CHEM | 4 | 3 4 | A | 12 |
| Chem 801b | General Chemistry | 0 | 3 | L WP | 0 | ZOOL 414 | HUMAN PHYSIOL APPL | 4 | 3 4 | B | 8 |
| Zool 414 | Human Physiol & Its Application | 0 | 3 4 | L WF | 0 | | TIMBERLAKE BILL W   11    11   23 | | | | |
| | # Withdrew 4/13/62 | | | | | | | | | | |
| | @ Withdrew 5/11/62 | | | | | | | | | | |
| | CONTINUED ON PROBATION 5/31/62 | | | | | | | | | | |
| | First Summer Session 1962 | | | | | | | | | | |
| Zool 412 | Comparative Vetebrate Anatomy ## | 0 | 7½ 10 | D | 0 | | | | | | |

**ADMISSION RECORD**
**HIGH SCHOOL:** Gainesville H.S.   **CITY AND STATE:** Gainesville, Texas   **DATE GRADUATED:** 1957
Section A       Section B           Freshman Tests
__ S Geom  __ Fr.    __ Bkg.
__ Trig    __ Ger.   __ C Low
__ Ag      __ Lat.   __ H
__ Biol    __ Span.  __ IA
__ Chem    __ Art    __ Journ
__ G Sci   __ Spe    __ Com'l
__ Hm      __ Mus    __ Typ
__ Physics __ Enbloc __ St
__ Physiol __        __ Other
__         __
**TOTAL:**

**PERSONAL DATA**
**BIRTH:** May 22, 1939, Warren, Arkansas
(DATE)                              (PLACE)
**PARENT OR GUARDIAN**
**ADDRESS**
**RELIGIOUS PREFERENCE:** Baptist
**MAJOR:** Science
**PARENT'S OCCUPATION**
☒ RESIDENT
☐ NON RESIDENT
☐ MILITARY RES.

Honorable dismissal granted unless otherwise stated. Official when signed and impressed with seal.

_signature_
REGISTRAR
**DATE:**

**TRANSFER RECORD**
Entered Fall 1960-61, by transcript from North Texas State College, 23 sem. hours credit.

**MEMORANDUM:**

**GRADING SYSTEM:**
A—Excellent; B—Good; C—Average;
D—Passing; F—Failure; I—Incomplete; E—Conditioned; WP—Withdrew Passing; WF — Withdrew Failing.

**TRANSCRIPTS:**

TBCE 0073
Timberlake

App. 145

# PROGRESS REPORT & TRANSCRIPT

**TEXAS CHIROPRACTIC COLLEGE**
618 W. MYRTLE STREET
SAN ANTONIO, TEXAS

Timberlake, Billy Wayne  Street: 1709 Merrywood Way
Gainesville, Texas  Entered Jan. 26, 1959
D. C. Graduated 6-4-64  Total Hours 4,308

## FIRST YEAR

| COURSE | SUBJECT | DATE | GRADE | HOURS | INST. |
|---|---|---|---|---|---|
| ology 111 | Circulation & Respiration | 1-22-60 | 31 | | Ek. |
| practic 111 | Terminology | 1-22-60 | 71 | 36 | Ek. |
| practic r 212 | Principles | 5-20-59 | 82 | 54 | "DH |
| ics 111 | Elementary Medical | 1-22-60 | 72 | 36 | "DH |
| omy 111 | Cranial & Spinal Nerves | 1-22-60 | 83 | 90 | HET |
| omy 211 | Osteology, Syndesmology, & Myology | 1-22-60 | 72 | 180 | HEW |
| hology 111 | Logic | 1-22-60 | 20 | | Bur. |
| omy 312 | Histology | 5-29-59 | 96 | 60 | TB |
| iology r 212 | Digestion & Metabolism | 1-22-60 | 34 | | Ek. |
| practic 112 | Terminology | 5-29-59 | 72 | 36 | "DH |
| omy 412 | Peripheral Nerves | 5-29-59 | 76 | 90 | HET |
| omy 512 | Angiology, Lymphology, Splanchnology, Endocrinology | 5-20-59 | 75 | 180 | |
| hology 212 | Normal | 5-29-59 | 90 | 90 | G.R. |
| nique 113 | Athletic Injuries | 7-15-60 | 86 | 27 | Ek. |
| iology 313 | Genito Urinary | 7-15-60 | 90 | 18 | Ek. |
| omy 613 | Special Senses | 7-15-60 | 88 | 45 | HEW |
| practic 313 | Special Anatomy & Physiology of Spine | 7-15-60 | 83 | 45 | WDH |
| nique 213 | Palpation & Nerve Tracing | 7-15-60 | 95 | 27 | F.B. |
| practic 113 | Terminology | 7-15-60 | 70 | 18 | Ek. |

## SECOND YEAR

| COURSE | SUBJECT | DATE | GRADE | HOURS | INST. |
|---|---|---|---|---|---|
| nosis 121L | History Taking & Physical Examination | 1-27-61 | 70 | 90 | G.L. |
| ology 121L | Laboratory | 1-27-61 | 83 | 54 | F.B. |
| siology 421 | Clinical Nutrition | 1-27-61 | 72 | 36 | Ek. |
| ology 121 | General | 1-27-61 | 80 | 90 | "DH |
| nosis or 222L | Laboratory | 1-27-61 | 84 | 90 | F.B. |
| nique r 322 | Adjusting Procedures | 5-27-60 | 75 | 90 | HEW |
| iology 122 | Physics & Technique | 5-27-60 | 85 | 90 | HET |
| tomy 722 | Embryology | 5-27-60 | 81 | 90 | F.B. |
| siology 522 | Nervous System | 5-27-60 | 75 | 54 | WDH |
| ology 222 | Neoplasms | 5-27-60 | 77 | 36 | WDH |
| nosis 328 | Metabolism & Infectious Diseases | 7-14-61 | 77 | 45 | F.B. |
| hology 323 | Ethics | 7-14-61 | 85 | 45 | G.L. |

TBCE 0074
Timberlake

App. 146

## THIRD YEAR

| COURSE | SUBJECT | DATE | GRADE | HOURS | INST. |
|---|---|---|---|---|---|
| Diagnosis 431 | Respiration, Digestion, Endocrines | 1-25-63 | 71 | 90 | G.L. |
| Anatomy 881 | Brain & Cord | 1-23-63 | 70 | 90 | HET |
| Pathology 331 | Vascular Diseases | 1-23-63 | 70 | 54 | JBB |
| Technique 431 | General Technique | 5-31-61 | 98 | 36 | HEW |
| Radiology 231 | Interpretation | 1-23-63 | 84 | 54 | HET |
| Technique 531 | Reflexology | 1-23-63 | 75 | 38 | Ek. |
| /Pathology 432 | Urinary & Reproductive Systems | 2-14-63 | 71 | 14 | JBB |
| Radiology 332 | Diagnosis | 2-14-63 | 75 | 14 | HET |
| Pathology 532 | Nervous System | 1-24-62 | 80 | 54 | Ek. |
| Chiropractic 432 | Office Administration | 2-14-63 | 81 | 6 | HEW |
| Diagnosis 532 | Dermatology | 2-14-63 | 79 | 8 | JT |
| Chiropractic 532 | Principles | 5-31-61 | 75 | 36 | TL |
| /Diagnosis 633 | Nervous Diseases | 7-12-62 | 74 | 45 | GL |
| Psychology 433 | Abnormal | 7-12-61 | 85 | 45 | HET |
| Clinic | | 1-24-62 | 76 | 36 | G.L. |

## FOURTH YEAR

| COURSE | SUBJECT | DATE | GRADE | HOURS | INST. |
|---|---|---|---|---|---|
| /Pathology 641 | Respiratory & Digestive Systems | 5-31-61 | 74 | 90 | Ek. |
| Radiology 441 | Soft Tissue | 5-30-62 | 70 | 90 | HET |
| Anatomy 941 | Advanced Embryology | 5-27-60 | 87 | 36 | F.B. |
| Technique 641 | General Technique | 1-23-63 | 75 | 36 | HET |
| Diagnosis 741 | Pediatrics | 5-30-62 | 70 | 72 | G.L. |
| Chiropractic 641 | Principles | 5-30-62 | 77 | 18 | WDH |
| /Physiology 642 | Obstetrics & Gynecology | 1-24-62 | 70 | 72 | Ek. |
| Chiropractic 742 | Jurisprudence | 5-31-61 | 75 | 54 | Deane |
| Technique 742 | Anatomical Architecture | 1-24-62 | 76 | 54 | HEW |
| Diagnosis 842 | Vascular, Genito & Urinary Diseases | 1-24-62 | 75 | 90 | G.L. |
| Diagnosis 942 | Disease of the Eye | 1-24-62 | 78 | 54 | F |
| Technique 842 | General Technique | 2-14-63 | 85 | 14 | T |
| Clinic | | 2-14-63 | 80 | 14 | G. |
| Tech. 742 | Adv. Clin. Procedure | 5-27-60 | 90 | 54 | HEW |
| Anat. 312 | Histology | 5-27-60 | 86 | 90 | F.B. |
| Psy. 111 | Logic & Psychology | 5-31-61 | 90 | 90 | S.B. |
| Anat. 941a | Adv. Embryology | 5-31-61 | 90 | 54 | F.B. |
| Phys. 111 | Circulation & Respiration | 9-27-61 | 70 | 54 | Ek. |
| Phys. 211 | Digestion & Metabolism | 9-27-61 | 76 | 36 | Ek. |
| Chiro. 421 | Office Procedure | 1-24-62 | 80 | 18 | Mar. |
| Anat. 941b | Adv. Embryology | 5-30-62 | 87 | 54 | G.L. |
| Path. 641a | Resp. & Diges. Sys. | 5-30-62 | 74 | 90 | Ek. |
| Anat. 1031 | Gross Anatomy | 5-11-62 | 85 | 20 | A.N. |
| Chiro. 641a | Principles | 2-14-63 | 87 | 14 | WDH |

Clinic Credits
Class Hours  5 759
TOTAL HOURS

TEXAS CHIROPRACTIC COLLEGE

Date June 1, 1964

OFFICE OF
PRINCIPAL

# GAINESVILLE HIGH SCHOOL
### J. V. CAMPBELL, PRINCIPAL
## GAINESVILLE, TEXAS

May 26, 1964

TO WHOM IT MAY CONCERN:

We do not keep copies of diplomas of our graduates.

This is to certify that Bill Wayne Timberlake graduated from Gainesville High School in Gainesville, Texas May 31, 1957. He was number 115 in a class of 120 students.

Sincerely,

J. V. Campbell
Principal

Witnessed before me this 27th day of May, 1964.

Lina Wilson
Notary Public of
Cooke County, Texas

TBCE 0089
Timberlake

App. 148