IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| ALLSTATE INSURANCE COMPANY, et al., | § § § | |
|---|---|---|
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3-01-CV2247-N |
| RECEIVABLE FINANCE COMPANY, L.L.C., et al., | § § § § | |

### APPENDIX TO MOTION TO EXCLUDE EXPERT WITNESS

COME NOW Defendants Accident & Injury Pain Centers, Inc. ("A&I"), Thomas Rhudy, D.C., Louis Saucedo, D.C., Kenneth Lustik, D.C., Mark Rayshell, D.C., Larry Parent, D.C., Christopher Holowiski, D.C., Carey Fabacher, D.C., Patricia Johnson, D.C., Gholamreza Assodolahi, D.C., Kyle Campbell, D.C., Tayana Stefanovic, D.C., Chad Blackmon, D.C., and Ramesh Sanghani, D.C., (collectively, the "movants") and hereby file this Appendix to their Motion to Exclude the Expert testimony of Bill Timberlake.

| Exhibit | Document | Page Numbers |
|---|---|---|
| A | Timberlake's February 28, 2004 Report | 1 – 8 |
| A-1 | Report Attachment: "Statistics from Review Screen Sheets" | 9 – 14 |
| A-2 | Report Attachment: "Summary of Findings" | 15 – 21 |
| A-3 | Report Attachment: "Explanation of Findings" | 22 – 49 |
| B | Deposition of Bill Timberlake, dated April 29, 2004 (excerpts) | 50 – 132 |
| B-1 | Curriculum Vitae of Bill Timberlate (Timberlake Depo Exhibit 1) | 133 – 134 |
| B-2 | January 11, 2001 letter from Bill Timberlake (Chiro Claims Plus) to Hallmark Claims Service (Timberlake Depo Exhibit 4) | 135 – 138 |
| B-3 | Clinical Practice Guidelines Archive (Timberlake Depo Exhibit 10) | 139 – 140 |
| C | Records from Texas Board of Chiropractic Examiners | 141 – 148 |

| Exhibit | Document | Page Numbers |
|---|---|---|
| D | Scientific Monograph of the Quebec Task Force on Whiplash Associated Disorders (the "Quebec Monograph") | 149 – 221 |
| E | Mercy Guidelines (excerpts) | 222 – 226 |
| F | Deposition of Edward Joseph Moran, dated May 4, 2004 (excerpts) *[filed separately under seal]* | 227 – 239 |

Respectfully submitted,

**ANDREWS & KURTH L.L.P.**

By: /s/ Michael E. Mears

Michael E. Mears
State Bar No. 13890480

1717 Main Street, Suite 3700
Dallas, Texas  75201
(214) 659-4400
(214) 659-4401 FAX

**ATTORNEYS FOR ACCIDENT & INJURY PAIN CENTERS, INC..**

and

JONES, ALLEN & FUQUAY, L.L.P.

By: _[signature] Lindy Jones by KSM w/ permission_
Lindy J. Jones
State Bar No. 10925500

8828 Greenville Avenue
Dallas, Texas 75243
(214) 343-7400
(214) 343-7455 FAX

**ATTORNEYS FOR THOMAS RHUDY, D.C., LOUIS SAUCEDO, D.C., KENNETH LUSTIK, D.C., MARK RAYSHELL, D.C., LARRY PARENT, D.C., CHRISTOPHER HOLOWISKI, D.C., CAREY FABACHER, D.C., PATRICIA JOHNSON, D.C., GHOLAMREZA ASSODOLAHI, D.C., KYLE CAMPBELL, D.C., TAYANA STEFANOVIC, D.C., CHAD BLACKMON, D.C., AND RAMESH SANGHANI, D.C**

## CERTIFICATE OF SERVICE

I certify that the on this 21st day of June, 2004, a true and correct copy of the above document was sent via certified mail, return receipt requested, to the following:

David Kassabian, Esq.
Bret Weatherford, Esq.
Kassabian, Doyle & Weatherford
1521 North Cooper Street
Suite 650, LB 21
Arlington, Texas 76011

Christopher M. Weil, Esq.
Weil & Petrocchi, P.C.
1601 Elm Street, Suite 1900
Dallas, Texas 75201-2846

Richard E. Young, Esq.
Glast Phillips & Murray, P.C.
2200 One Galleria Tower
13355 Noel Road, L.B. 48
Dallas, Texas 75240-6657

Robert H. Renneker, Esq.
1412 Main Street, Suite 210
Dallas, Texas 75202

Charles Wade Arnold, Esq.
Cantey & Hanger, L.L.P.
801 Cherry Street, Suite 2100
Fort Worth, Texas 76102-6881

James D. Shields, Esq.
Katherine DiSorbo, Esq.
Elizabeth Basden, Esq.
Shields, Britton & Fraser
5401 Village Creek Drive
Plano, Texas 75093

Rick Disney, Esq.
Douglas, Wuester & Disney, P.C.
Fort Worth Club Tower
777 Taylor Street, Penthouse I-C
Fort Worth, Texas 76102-4919

_____
Michael E. Mears