

ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

<table>
<tr><td>ALLSTATE INSURANCE COMPANY,<br>et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>RECEIVABLE FINANCE COMPANY,<br>L.L.C., et al.,</td><td>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§</td><td><br><br><br><br>Civil Action No. 3-01-CV2247-N</td></tr>
</table>

## APPENDIX TO DEFENDANTS' MOTION
## FOR SUMMARY JUDGMENT

COME NOW the Defendants, Accident & Injury Pain Centers, Inc. ("A&I"); and Receivable Finance Company, L.L.C. ("RFC"); Lone Star Radiology Management, LLC (dba Lone Star Radiology); White Rock Open Air MRI, LLC (dba White Rock Open MRI), North Texas Open Air MRI, LLC (dba North Texas Open MRI, Harris County MRI and Bexar County MRI), Rehab 2112, LLC, and Metroplex Pain Center, Inc., and file this Appendix to their Motion for Summary Judgment.

| **Exhibit** | **Description** | **App. Page Numbers** |
|---|---|---|
| Ex. A | Plaintiffs' First Amended Complaint, dated January 14, 2003. | 1-66 |
| Ex. B | A&I's Motion to Dismiss the Plaintiffs' First Amended Complaint Under Rule 12(B)(6), and Brief in Support Thereof, filed February 12, 2003. | 67-91 |
| Ex. C | Motion of Receivable Finance Company, L.L.C., to Dismiss Complaint Under Rule 12(b)(6) and Brief in Support Thereof, filed February 3, 2003. | 92-117 |
| Ex. D | Allstate Plaintiffs' Responses to Request for Admissions #69, served October 1, 2003. | 118-121 |

| Exhibit | Description | App. Page Numbers |
|---------|-------------|-------------------|
| Ex. E | Encompass Plaintiffs' Responses to Request for Admissions #69, served October 1, 2003. | 122-125 |
| Ex. F | Plaintiffs' Third Amended Disclosures, served November 12, 2003. | 126-177 |
| Ex. S | Affidavit of Michael E. Mears, Esq. | 693-696 |

Respectfully submitted,

By: _____

     Michael E. Mears
     State Bar No. 13890480
     Ryan H. Downton
     State Bar No. 24036500

**ANDREWS KURTH LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
(214) 659-4400
(214) 659-4401 fax

and

**JONES, ALLEN & FUQUAY, L.L.P.**
Lindy D. Jones, Esq.
Laura L. Worsham, Esq.
8828 Greenville Avenue
Dallas, Texas 75243

**ATTORNEYS FOR ACCIDENT & INJURY PAIN CENTERS, INC. AND RECEIVABLE FINANCE, L.L.C.**

## CERTIFICATE OF SERVICE

I certify that the on this 21st day of June, 2004, a true and correct copy of the above document was sent via certified mail, return receipt requested, to the following:

David Kassabian, Esq.
Bret Weatherford, Esq.
Kassabian, Doyle & Weatherford
1521 North Cooper Street
Suite 650, LB 21
Arlington, Texas  76011

Christopher M. Weil, Esq.
Weil & Petrocchi, P.C.
1601 Elm Street, Suite 1900
Dallas, Texas  75201-2846

Richard E. Young, Esq.
Glast Phillips & Murray, P.C.
2200 One Galleria Tower
13355 Noel Road, L.B. 48
Dallas, Texas 75240-6657

Robert H. Renneker, Esq.
1412 Main Street, Suite 210
Dallas, Texas 75202

Charles Wade Arnold, Esq.
Cantey & Hanger, L.L.P.
801 Cherry Street, Suite 2100
Fort Worth, Texas  76102-6881

James D. Shields, Esq.
Katherine DiSorbo, Esq.
Elizabeth Basden, Esq.
Shields, Britton & Fraser
5401 Village Creek Drive
Plano, Texas  75093

Rick Disney, Esq.
Douglas, Wuester & Disney, P.C.
Fort Worth Club Tower
777 Taylor Street, Penthouse I-C
Fort Worth, Texas  76102-4919

Michael E. Mears