THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3-01-CV2247-N |
| RECEIVABLE FINANCE COMPANY, L.L.C., et al., | § § § § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 16 2004
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

NOW COME Defendants Accident & Injury Pain Centers, Inc., Receivable Finance Company, LLC, Robert Smith, Lone Star Radiology Management, L.L.C., White Rock Open Air MRI, L.L.C., North Texas Open Air MRI, L.L.C., Rehab 2112, L.L.C., Metroplex Pain Center, Inc., Lacidem Management, BS Limousine, L.L.C., Thomas Rhudy, D.C., Louis Saucedo, D.C., Kenneth Lustik, D.C., Mark Rayshell, D.C., Larry Parent, D.C., Christopher Holowiski, D.C., Carey Fabacher, D.C., Patricia Johnson, D.C., Gholamreza Assadolahi, D.C., Kyle Campbell, D.C., Chad Blackmon, D.C., Ramesh Sanghani, D.C., Marlon Padilla, M.D., Marlon D. Padilla, M.D., P.A., Advanced Medical Systems & Solutions, PLLC, Dee Martinez, M.D., and present these proposed findings of fact and conclusions of law.

### I.

The Defendants' requested relief includes certain requests for declaratory relief. These proposed findings of fact and conclusions of law are presented in connection with Plaintiffs' requests for declaratory relief.

DAL:519258.2

**Defendants' Findings of Fact and Conclusions of Law**

Page 1

## PROPOSED FINDINGS OF FACT

**Finding of Fact No. 1**

A&I chiropractors were not coerced to make referrals to co-owned diagnostic facilities and to the medical doctors associated with A&I.

**Finding of Fact No. 2**

Neither Robert Smith nor any other A&I lay personnel, to include Steve Smith and Tina Cheshire, interfered with, or attempted to interfere with, the professional judgment of the A&I chiropractors.

**Finding of Fact No. 3**

Personal injury attorneys referring patients to A&I did not dictate treatment in regard to the number of MRIs patients were to receive or any other type of treatment.

**Finding of Fact No. 4**

No non-medical doctor defendants exercised influence and control over medical doctors at any time.

**Finding of Fact No. 5**

Defendants did not conspire together to (1) defraud Plaintiffs, (2) to violate Texas Healthcare laws, (3) or for any other purpose.

In addition to the above, see the Defendants' contested issues of fact as set for in the Defendants' Pretrial Order.

## Proposed Conclusions of Law

### Conclusion of Law No. 1

The Plaintiffs are not entitled to declaratory relief.

### Conclusion of Law No. 2

The Plaintiffs have not plead that any lay defendant wrongfully exercised control over the professional judgment of any chiropractor.

### Conclusion of Law No. 3

The Plaintiffs have plead no claim for declaratory relief under or in connection with:

(1)     Texas Occupations Code § 201.301;

(2)     22 Texas Administrative Code § 74.5(c);

(3)     Texas Occupations Code § 201.502(a)(10);

(4)     22 Texas Administrative Code § 75.1(4);

(5)     22 Texas Administrative Code § 291.9; and

(6)     22 Texas Administrative Code § 295.4.

## Alternative Proposed Conclusions of Law

**Conclusion of Law No. 4**

Defendants Robert Smith, Steve Smith, Thomas Rhudy, D.C., A&I, RFC, Dr. Padilla, Dr. Laughlin, and Dr. Martinez have not engaged in the unauthorized and corporate practice of medicine.

**Conclusion of Law No. 5**

The contracts or agreements between RFC, A&1, and Robert Smith, and medical doctors (M.D.s and D.O.s) are not illegal or void

**Conclusion of Law No. 6**

The medical fees incurred by patients of the defendant healthcare providers are not illegal or void.

**Conclusion of Law No. 7**

Defendants Robert Smith and Steve Smith have not exerted control, directly or through others, over the professional judgment of treating chiropractors, and have not engaged in the unauthorized practice of chiropractic.

**Conclusion of Law No. 8**

Defendants have not violated the following Texas Healthcare Laws:

(1)   Texas Occupations Code § 101.203, and former Revised Civil Statute Article 4512p, §5(b);

(2) Texas Occupations Code § 102.001, and former Texas Health & Safety Code § 161.091(a);

(3) Texas Occupations Code § 102.051, and former Revised Civil Statute Article 4505a;

(4) Texas Occupations Code § 102.006, and former Texas Health & Safety Code §161.092(a);

(5) Texas Occupations Code § 105.002;

(6) Texas Occupations Code § 155.001, and former Revised Civil Statute Article 4495b, §3.07(a);

(7) Texas Occupations Code § 164.052, and former Revised Civil Statute Art. 4495b, § 3.08(15);

(8) Texas Occupations Code § 201.301;

(9) 22 Texas Administrative Code § 74.5(c);

(10) Texas Occupations Code § 201.502(a)(10);

(11) 22 Texas Administrative Code § 75.1(4);

(12) 22 Texas Administrative Code § 291.9; and

(13) 22 Texas Administrative Code § 295.4.

**Conclusion of Law No. 10**

Defendants have not conspired to defraud Plaintiffs through a scheme of unreasonable and unnecessary treatment and referrals among themselves.

**Conclusion of Law No. 11**

Defendants have not conspired together to violate Texas Healthcare Laws in order to obtain payments from Plaintiffs and other persons and entities.

**ANDREWS KURTH LLP**

By: *[signature]*
Michael E. Mears
State Bar No. 13890480

1717 Main Street, Suite 3700
Dallas, Texas 75201
(214) 659-4400
(214) 549-4401 fax

**COUNSEL FOR DEFENDANTS ACCIDENT
& INJURY PAIN CENTERS, INC. and
RECEIVABLE FINANCE COMPANY, L.L.C.**

JONES, ALLEN & FUQUAY, L.L.P.

By: _____
Lindy D. Jones
State Bar No. 10925500
Laura L. Worsham
State Bar No. 22008050

8828 Greenville Avenue
Dallas, Texas 75243
(214) 343-7400
(214) 343-7455 fax

**COUNSEL FOR DEFENDANTS RECEIVABLE FINANCE COMPANY, L.L.P., REZA ASSADOLLAHI, D.C., CHAD BLACKMON, D.C., KYLE CAMPBELL, D.C., CAREY FABACHER, D.C., CHRISTOPHER HOLOWISKI, D.C., PATRICIA JOHNSON, D.C., KENNETH LUSTIK, D.C., LARRY PARENT, D.C., MARK RAYSHELL, D.C., THOMAS RHUDY, D.C., RAMESH SANGHANI, D.C. AND LOUIS SAUCEDO, D.C.**

WEIL & PETROCCHI, P.C.

By: _____
    Christopher M. Weil
    State Bar No. 21079000

1601 Elm Street, Suite 1900
Dallas, Texas 75201
(214) 969-7272
(214) 880-7402 fax

**COUNSEL FOR DEFENDANTS ROBERT SMITH, REHAB 2112, LLC, LONE STAR RADIOLOGY MANAGEMENT, WHITE ROCK OPEN AIR MRI, LLC, METROPLEX PAIN CENTER, INC., LACIDEM MANAGEMENT, LP, and NORTH TEXAS OPEN AIR MRI, LLC**

SHIELDS, BRITTON & FRASER, P.C.

By: _____
    James D. Shields
    State Bar No. 18260700
    Katherine D. Hoke
    State Bar No. 058998350

5401 Village Creek Drive
Plano, Texas 75093
(972) 788-2040
(972) 788-4332 fax

**COUNSEL FOR DEFENDANTS STEVEN SMITH and TINA CHESHIRE**

WEIL & PETROCCHI, P.C.

By: _____
    Christopher M. Weil
    State Bar No. 21079000

1601 Elm Street, Suite 1900
Dallas, Texas 75201
(214) 969-7272
(214) 880-7402 fax

**COUNSEL FOR DEFENDANTS ROBERT SMITH, REHAB 2112, LLC, LONE STAR RADIOLOGY MANAGEMENT, WHITE ROCK OPEN AIR MRI, LLC, METROPLEX PAIN CENTER, INC., LACIDEM MANAGEMENT, LP, and NORTH TEXAS OPEN AIR MRI, LLC**

GLAST PHILLIPS & MURRAY, P.C.

By: /s/ Richard Young by M Weil w/ permission
    Richard E. Young
    State Bar No. 22204800

2200 One Galleria Tower
13355 Noel Road, L.B. 48
Dallas, Texas 75240-6657
(972) 419-8300
(972) 419-8329 fax

**COUNSEL FOR DEFENDANTS MARLON D. PADILLA, M.D., MARLON D. PADILLA, M.D., P.A.; ADVANCED MEDICAL SYSTEMS & SOLUTIONS, P.L.L.C. and DEE MARTINEZ, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served on the following by certified mail, return receipt requested, this 16th day of August, 2004:

David Kassabian, Esq.
**Kassabian Doyle & Weatherford**
1521 N. Cooper, Suite 650, LB 21
Arlington, Texas  76011

Lindy D. Jones, Esq.
Laura L. Worsham, Esq.
**Jones, Allen & Fuquay, LLP**
8828 Greenville Avenue
Dallas, Texas 75243

James D. Shields, Esq.
**Shields, Britton & Fraser**
5401 Village Creek Drive
Plano, Texas  75093

Bruce F. Howell, Esq.
**Hughes & Luce, LLP**
1717 Main Street, Suite 2800
Dallas, Texas 75201

Rick Disney, Esq.
**Cotton Schmidt, LLP**
420 Throckmorton Street
Fort Worth, Texas  76102

**Robert Renneker, Esq.**
1412 Main Street
Suite 201
Dallas, Texas  75202

Christopher M. Weil, Esq.
**Weil & Petrocchi, P.C.**
1601 Elm Street, Suite 1900
Dallas, Texas  75201

Richard E. Young, Esq.
**Glast Phillips & Murray, P.C.**
2200 One Galleria Tower
13355 Noel Road, LB 48
Dallas, Texas  75240-6657

Jerry D. Mason, Esq.
**Martin, Keener, Mason & Stutz**
3811 Turtle Creek Blvd.
Suite 1620
Dallas, Texas  75219

_____
Michael E. Mears