United States Court of Appeals
Fifth Circuit
**FILED**
September 20, 2007
Charles R. Fulbruge III
Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 05-10265

---

D.C. Docket No. 3:01-CV-2247-N

ALLSTATE INSURANCE CO; ET AL

    Plaintiffs

ALLSTATE INSURANCE CO; ALLSTATE INDEMNITY CO; ALLSTATE PROPERTY & CASUALTY INSURANCE CO; BOSTON OLD COLONY INSURANCE CO; GLENS FALLS INSURANCE CO

    Plaintiffs - Appellees

v.

RECEIVABLE FINANCE COMPANY LLC; ET AL

    Defendants



ACCIDENT & INJURY PAIN CENTERS INC, doing business as Accident & Injury Chiropractic; RECEIVABLE FINANCE COMPANY LLC; ROBERT SMITH; LONE STAR RADIOLOGY MANAGEMENT LLC; WHITE ROCK OPEN AIR MRI LLC, doing business as White Rock Open MRI; NORTH TEXAS OPEN AIR MRI LLC, doing business as North Texas Open MRI, doing business as Harris County MRI, doing business as Bexar County MRI; REHAB 2112 LLC; METROPLEX PAIN CENTER INC, doing business as Lone Star Radioloty; LACIDEM MANAGEMENT; STEVEN SMITH; TINA CHESHIRE; JAMES LAUGHLIN, DO; DEE L MARTINEZ, MD; THOMAS RHUDY, DC; LOUIS SAUCEDO, DC; KENNETH LUSTIK, DC; MARK RAYSHELL, DC; LARRY PARENT, DC; CHRISTOPHER HOLOWISKI, DC; CAREY FABACHER, DC; PATRICIA JOHNSON, DC; GHOLAMREZA ASSADOLAHI, DC; KYLE CAMPBELL, DC; CHAD BLACKMON, DC; RAMESH SANGHANI, DC; MARLON D PADILLA, MD PA; MARLON PADILLA, MD

    Defendants - Appellants

Appeals from the United States District Court for the
Northern District of Texas, Dallas.

Before GARWOOD, DENNIS, and OWEN, Circuit Judges.

## JUDGMENT

    This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed and judgment is rendered in favor of the defendants-appellants.

IT IS FURTHER ORDERED that plaintiffs-appellees pay to defendants-appellants the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: OCT 1 2 2007

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: Gina R. Martin
Deputy
OCT 1 2 2007
New Orleans, Louisiana

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 12, 2007



Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
Room 1452
1100 Commerce Street
Dallas, TX 75242

    No. 05-10265 Allstate Ins Co v. Receivable Fin Co
        USDC No. 3:01-CV-2247-N

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

Enclosed for the district court and counsel is the approved bill of costs.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

        By: _____
             Gina Randazzo Martin, Deputy Clerk
             504-310-7687

cc: w/encl:
    Honorable David C Godbey
    Mr P Michael Jung
    Mr Bret Weatherford
    Mr Charles T Frazier Jr
    Mr Richard Keys Disney
    Mr Richard E Young
    Mr Mark David Downey

P.S. to Judge Godbey: A copy of the opinion was sent to your office via email the day it was filed.

MDT-1

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 16, 2007



Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
Room 1452
1100 Commerce Street
Dallas, TX 75242

No. 05-10265 Allstate Ins Co v. Receivable Fin Co
USDC No. 3:01-CV-2247-N

The following are returned:

Supplemental Record, ( 18 ) Vols.

Original Exhibits,   ( 6 ) Boxes     ( 1 ) Env.
                     (   ) Package   (   ) Roll

The electronic copy of the record has been recycled.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Gina Rancazzo Martin, Deputy Clerk
504-310-7687

*19 tr*
*12 sealed*
*8 brown*
REC-3 *2 exhibit +*
*CDo*