OAO 133      (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

## Northern District of Texas

**ALLSTATE INSURANCE CO.,** *ET AL.*

### AMENDED BILL OF COSTS

V.

Case Number:   **3:01-2247-N**

**RECEIVABLE FINANCE CO.,** *ET AL.*

Judgment having been entered in the above entitled action on      **Oct. 19, 2007,**   Against      **all plaintiffs**      ,
                                                                                                    Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$155.00** |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$0.00** |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case . . | **$27,366.97** |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$0.00** |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$0.00** |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | **$37,845.27** |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **22.50** |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$0.00** |
| Compensation of court-appointed experts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$0.00** |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . | **$0.00** |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$0.00** |
| TOTAL | **$65,389.74** |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was served electronically upon David Kassabian, Esq., 2261 Brookhollow Plaza Drive, Suite 300, Arlington, TX 76006, and other counsel registered for ECF.

Signature of Attorney:   **This is a summary sheet: see attachments for separate declarations**

Name of Attorney:   **P. Michael Jung**

For:  **Accident & Injury Pain Centers, Inc.**                                    Date:  **5/9/08**
                     Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Karen Mitchell _____     By: _____     _____
Clerk of Court                                    Deputy Clerk                            Date

OAO 133      (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

Northern District of Texas

**ALLSTATE INSURANCE CO., *ET AL.***

**BILL OF COSTS**

V.

Case Number:   **3:01-2247-N**

**RECEIVABLE FINANCE CO., *ET AL.***

Judgment having been entered in the above entitled action on ___**Oct. 19, 2007,**___ against ___**all plaintiffs**___ ,
                                                                        Date
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case . . | | **$11,000.00** |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Compensation of court-appointed experts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . | | _____ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | _____ |
| | TOTAL   $ | **$11,000.00** |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services
for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage
prepaid to:      see cover sheet                                                  .

Signature of Attorney:  *Charles T. Frazier, Jr.*

Name of Attorney:   **Charles T. Frazier, Jr.**

Attorney for Receivable Finance Co., *et al.*

For:   **(costs paid by Accident & Injury Pain Centers, Inc.)**                    Date: *Oct. 29, 2007*

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

__Karen Mitchell__                           By: _____          _____
Clerk of Court                                        Deputy Clerk                              Date



COWLES & THOMPSON

A Professional Corporation

ATTORNEYS AND COUNSELORS



CHARLES T. FRAZIER, JR.
214.672.2124
CFRAZIER@COWLESTHOMPSON.COM

Board Certified in Civil Appellate Law by the
Texas State Board of Legal Specialization

February 22, 2005

Ms. Linda J. Robbins, Court Reporter                    *Via Hand Delivery*
United States District Court
Northern District/Dallas Division
1100 Commerce Street, Room 1358
Dallas, Texas  75242

     Re:    Civil Action No. 3-01-CV2247-N
          *Allstate Insurance Company, et al. vs. Receivable Finance Company, L.L.C., et al.*
          Our File: 7052/64844

Dear Ms. Robbins:

    Enclosed is a check in the amount of $11,000.00, which represents a deposit for preparation of the transcript regarding the above-referenced matter on appeal.

    Thank you for your attention to this matter.

                 Sincerely yours,

                 Charles T. Frazier, Jr.

CTF:jms
Enclosure



*Debtor in Possession Case X-31688-HDH-11*

**ACCIDENT & INJURY PAIN CENTERS, INC.**
8080 PARK LANE, STE. 500.
DALLAS, TX  75231
(214) 378-4499

COMERICA BANK
DALLAS TEXAS

77792

32-75/1110
783

2/18/2005

PAY TO THE
ORDER OF        Linda J. Robbins                                    $  **11,000.00

Eleven Thousand and 00/100************************************************************************************************

**DOLLARS**

        Linda J. Robbins

MEMO        Trial Transcript.

⑈0⑈7792⑈  ⑆111000753⑆  1880400740⑈

---

**ACCIDENT & INJURY PAIN CENTERS, INC.**

        Linda J. Robbins
        Professional Fees:Legal Fees:Legal - Other Servic            2/18/2005            77792

                                                                                          11,000.00

Cash - Comerica - Holding    Trial Transcript.                                            11,000.00

**ACCIDENT & INJURY PAIN CENTERS, INC.**

        Linda J. Robbins
        Professional Fees:Legal Fees:Legal - Other Servic            2/18/2005            77792

                                                                                          11,000.00

Cash - Comerica - Holding    Trial Transcript.                                            11,000.00

**ACCIDENT & INJURY PAIN CENTERS, INC.**

| | | | 77792 |
|---|---|---|---|
| Linda J. Robbins | | 2/18/2005 | |
| Professional Fees:Legal Fees:Legal - Other Servic | | | 11,000.00 |

Cash - Comerica - Holding     Trial Transcript.     11,000.00

**ACCIDENT & INJURY PAIN CENTERS, INC.**

| | | | 77792 |
|---|---|---|---|
| Linda J. Robbins | | 2/18/2005 | |
| Professional Fees:Legal Fees:Legal - Other Servic | | | 11,000.00 |

Cash - Comerica - Holding     Trial Transcript.     11,000.00

OAO 133      (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

## Northern District of Texas

**ALLSTATE INSURANCE CO., *ET AL.***

**AMENDED BILL OF COSTS**

V.

Case Number:   **3:01-2247-N**

**RECEIVABLE FINANCE CO., *ET AL.***

Judgment having been entered in the above entitled action on   **Oct. 19, 2007,**   Against   **all plaintiffs**   ,
<br>Date<br>
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk **(for notice of appeal)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$155.00** |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$22.50** |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | **$177.50** |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:      see cover sheet                              .

Signature of Attorney:   s/ P. Michael Jung

Name of Attorney:   **P. Michael Jung**

For:   **Accident & Injury Pain Centers, Inc.**                        Date:   **5/9/08**
<br>Name of Claiming Party<br>

Costs are taxed in the amount of                                and included in the judgment.

Karen Mitchell                              By:

Clerk of Court                              Deputy Clerk                                        Date

**Itemization of Docket Fees Under 28 U.S.C. § 1923**

Trial or final hearing                                              $20.00

Depositions admitted in evidence
    Edward Moran                                           2.50

OAO 133     (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

### Northern District of Texas

ALLSTATE INSURANCE CO., *ET AL.*

## AMENDED BILL OF COSTS

V.

Case Number:   **3:01-2247-N**

RECEIVABLE FINANCE CO., *ET AL.*

Judgment having been entered in the above entitled action on    **Oct. 19, 2007,**    Against    **all plaintiffs**    ,
<br>Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case . . | $16,366.97 |
| **(deposition costs: see itemization; trial transcript costs included at $3.30 non-expedited rate)** | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | $37,845.27 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $54,212.24 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:

Signature of Attorney:   *Michael E. Mears*

Name of Attorney:   **Michael E. Mears**

For:   **Accident & Injury Pain Centers, Inc.**   *Through trial*    Date:  *5/7/08*
<br>Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Karen Mitchell                          By: _____        _____
<br>Clerk of Court                                    Deputy Clerk                              Date

**Allstate vs. RFC**
**Court Costs - Depositions**
**Andrews Kurth**

| Date | Vendor | Description of Service | Deposition Cost | Exhibits Cost | Totals |
|------|--------|------------------------|-----------------|---------------|--------|
| 10/6/2003 | All Star Reporting, Inc, | Deposition of Patricia Gurley - Plaintiff Adjuster | $ 895.13 | $ - | $ 895.13 |
| 10/29/2003 | Accent Reporting of Arlington, L.L.C. | Deposition of Tayana Stefanovic, D.C. - Plaintiff Witness | $ 459.60 | $ 100.10 | $ 559.70 |
| 11/17/2003 | All Star Reporting, Inc, | Deposition of Debra Dotsy - Plaintiff Adjuster | $ 666.18 | $ - | $ 666.18 |
| 11/18/2003 | Accent Reporting of Arlington, L.L.C. | Deposition of Carey Fabacher, D.C. - Defendant | $ 597.00 | $ 213.45 | $ 810.45 |
| 11/19/2003 | Accent Reporting of Arlington, L.L.C. | Depostion of Bruce Vest - Allstate Employee | $ 1,573.75 | $ 48.05 | $ 1,621.80 |
| 5/11/2004 | Accent Reporting of Arlington, L.L.C. | Deposition of Robert Francis, D.C. - Defendant Expert | $ 364.50 | $ 44.25 | $ 408.75 |
| 2/12/2004 | Accent Reporting of Arlington, L.L.C. | Deposition of Nedia Shirlene, Ph.D - Plaintiff Expert | $ 363.55 | $ - | $ 363.55 |
| 2/19/2004 | All Star Reporting, Inc, | Deposition of Phyillis Osikha - Plaintiff Adjuster | $ 825.15 | $ - | $ 825.15 |
| 3/9/2004 | All Star Reporting, Inc, | Deposition of Joseph Rocha - Plaintiff Adjuster | $ 778.90 | $ - | $ 778.90 |
| 4/8/2004 | All Star Reporting, Inc, | Deposition of Jeffrey Crocoll - Defendant Former Employee | $ 758.90 | $ - | $ 758.90 |
| 4/15/2004 | All Star Reporting, Inc, | Deposition of Caprice Garcia - Defendant Former Employee | $ 779.30 | $ - | $ 779.30 |
| 4/27/2004 | All Star Reporting, Inc, | Deposition of Warren Tucker - Plaintiff Adjuster | $ 1,061.10 | $ - | $ 1,061.10 |
| 5/17/2004 | Trialvision/Depovision | Deposition of Edward Moran - Plaintiff Employee | $ 502.00 | $ - | $ 502.00 |
| 6/8/2004 | Southwest Reporting & Video Service | Deposition of Lawerence Foust - Defendant Expert | $ 778.27 | $ - | $ 778.27 |
| 6/11/2004 | All Star Reporting, Inc, | Deposition of Kathryn Wade - Plaintiff Adjuster | $ 801.30 | $ - | $ 801.30 |
| 6/11/2004 | All Star Reporting, Inc, | Deposition of William Timberlake D.C. - Plaintiff Expert | $ 925.20 | $ - | $ 925.20 |
| 6/11/2004 | All Star Reporting, Inc, | Deposition of Glenda Coulson - Plaintiff Adjuster | $ 253.60 | $ - | $ 253.60 |
| 9/2/2004 | All Star Reporting, Inc, | Depostion of Bruce Vest - Allstate Employee | $ 1,416.45 | $ - | $ 1,416.45 |
| | **Totals** | | **$ 13,799.87** | **$ 405.85** | **$ 14,205.72** |

# ALL STAR REPORTING
### Certified Court Reporters
### Federal ID 75-2932682

**1117 Hampshire Lane, Suite 101**
**Richardson, Texas  75080**

**Phone:  972.231.2373**
**Fax:  972.231.1231**

## INVOICE

Mr. Michael E. Mears
Andrews & Kurth L.L.P.
1717 Main Street, Suite 3700
Dallas, Texas  75201

Invoice No.: 2761
Job Date:  October 6, 2003
Reporter:  Connie Thoma
Invoice Date:  October 14, 2003

Caption:    Allstate Insurance Company vs. Receivable Finance Company

## DESCRIPTION:

Original and one copy of the deposition of

**Patricia Gurley**  ........................................................................  **$1,790.25**

(Terms:  Due upon receipt!)

*Thank you ! !*

# Invoice

| INVOICE DATE | INVOICE # |
|---|---|
| 10/29/2003 | 1846 |
| DATE DELIVERD | DATE DUE |
| 10/29/2003 | 11/28/2003 |

Accent Reporting of Arlington, L.L.C.
Certified Shorthand Reporters
P.O. Box 13539
Arlington, TX 76094-0539
(817)446-7177

**PAID**

Bill to:

**Lindy D. Jones
Jones, Allen & Fuquay
8828 Greenville Avenue
Dallas, Texas 75243**

Reporter: Shauna D. Stratton    TERMS    Net 30

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Tayana Stefanovic, D.C. taken on October 17, 2003. | 459.60 |
| Exhibits | 100.10 |
| ASCII Disc | 25.00 |

| | |
|---|---|
| Thank You for Your Business! | Total    $584.70 |

Please return invoice with remittance.
Please make check payable to:
Accent Reporting of Arlington, L.L.C.
Tax I.D. #: 75-2828921

ACCIDENT & INJURY PAIN CENTERS, INC.

75889

All Star Reporting
Professional Fees:Typing & Transcription

4/9/2004

896.55

Cash - Comerica - Holding    Invoice 2779

896.55

Andrews & Kurth L.L.P.
1717 Main Street, Suite 3700
Dallas, Texas 75201

Invoice No.: 2779(Revised)
Job Date: 11/17/03
Reporter: Connie Thoma
Invoice Date: December 16, 2003

Caption:    Allstate Insurance Company vs. Receivable Finance Co., et al.

**DESCRIPTION:**

Original and one copy of the deposition of
**Debra K. Dotsy**.......................................................................$1332.35

Appearance Fee on October 20, 2003 for the deposition of **Katheryn Wade**.......................................................................$100.00

**Partial payment**.......................................................................$535.80

**Balance due**.......................................................................$896.55

(Terms:  Due upon receipt)

*Thank you ! !*

# *Invoice*

| INVOICE DATE | INVOICE # |
|---|---|
| 11/18/2003 | *1871* |
| DATE DELIVERD | DATE DUE |
| 11/18/2003 | 12/18/2003 |

*Accent Reporting of Arlington, L.L.C.*

*Certified Shorthand Reporters*

*P.O. Box 13539*

*Arlington, TX 76094-0539*

*(817)446-7177*

**PAID**

*Bill to:*

**Lindy D. Jones**
**Jones, Allen & Fuquay**
**8828 Greenville Avenue**
**Dallas, Texas 75243**

*Reporter: Bonnie S. Mendez*   **TERMS**   *Net 30*

| DESCRIPTION | AMOUNT |
|---|---|
| **Deposition of Carey Fabacher, D.C., taken on October 28, 2003.** | 597.00 |
| **Exhibits** | 213.45 |
| **ASCII Disc** | 15.00 |
| | 16.00 |
| **Civil Action Number: 3-01-CV2247-N** | |
| **Allstate Insurance Company, Et. Al., vs Receivable Finance** | |
| **Company, L.L.C., Et. Al.** | |

| *Thank You for Your Business!* | *Total* | $841.45 |
|---|---|---|

*Please return invoice with remittance.*
*Please make check payable to:*
*Accent Reporting of Arlington, L.L.C.*
*Tax I.D. #: 75-2828921*

# Invoice

| INVOICE DATE | INVOICE # |
|---|---|
| 10/20/2003 | **1830** |
| DATE DELIVERD | DATE DUE |
| 10/20/2003 | 11/19/2003 |

Accent Reporting of Arlington, L.L.C.
Certified Shorthand Reporters
P.O. Box 13539
Arlington, TX 76094-0539
(817)446-7177

**PAID**

Bill to:

Mr. Michael Mears
Andrews & Kurth, L.L.P.
1717 Main Street, Suite 3700
Dallas, Texas 75201

Reporter: Bonnie S. Mendez        TERMS    Net 30

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Bruce Vest taken on October 1, 2003. | 1,573.75 |
| Exhibits | 48.05 |
| ASCII Disc | 15.00 |
| Courier Fee | 20.00 |
| | |
| Cause #: 3-01-CV2247-N | |
| Allstate Insurance Company, Et. Al., Plaintiffs vs. Receivable | |
| Finance Company, L.L.C., Et. Al., Defendants | |

| Thank You for Your Business! | Total | $1,656.80 |
|---|---|---|

Please return invoice with remittance.
Please make check payable to:
Accent Reporting of Arlington, L.L.C.
Tax I.D. #: 75-2828921

# Invoice

| INVOICE DATE | INVOICE # |
|---|---|
| 5/11/2004 | *2104* |
| DATE DELIVERD | DATE DUE |
| 5/11/2004 | 5/11/2004 |

*Accent Reporting of Arlington, L.L.C.*
*Certified Shorthand Reporters*
*P.O. Box 13539*
*Arlington, TX 76094-0539*
*(817)446-7177*

**PAID**

Bill to:

Mr. Michael Mears
Andrews & Kurth, L.L.P.
1717 Main Street, Suite 3700
Dallas, Texas 75201

Reporter: Bonnie S. Mendez          **TERMS**     On Receipt

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Robert Francis, D.C., taken on April 20, 2004. | 364.50 |
| Exhibits | 44.25 |
| ASCII, Condensed Transcript | 50.00 |
| | |
| Civil Action #:  3-01-CV2247-N | |
| Allstate Insurance Company, et. al., vs. Receivable Finance | |
| Company, L.L.C., et. al. | |
| *Thank You for Your Business!* | **Total**   $458.75 |

*Please return invoice with remittance.*
*Please make check payable to:*
*Accent Reporting of Arlington, L.L.C.*
*Tax I.D. #: 75-2828921*

SEP-1-2004  13:46  FROM:LEGAL 9722311231                    TO:2146594883        P:11/11

# ALL STAR REPORTING, INC.
### Certified Court Reporters
### Federal ID 75-2932682

1117 Hampshire Lane, Suite 101          Phone: 972.231.2373
Richardson, Texas 75080                 Fax: 972.231.1231

### INVOICE

Mr. Michael E. Mears
Andrews & Kurth, L.L.P.
1717 Main Street, Suite 3700
Dallas, Texas 75201

Invoice No.: 2838
Job Date: 2/12/04
Reporter: Connie Thoma
Invoice Date: March 5, 2004

Caption:    All State Insurance Co vs. Receivable Finance Co

**DESCRIPTION:**

Original and one copy of the deposition
of  Nedia Shirlene Pearson, Ph.D.................................................$727.10

**TOTAL DUE** ............................................................................$727.10

[Terms: Due upon receipt]

*Thank you ! !*

148834/9686

Voucher ID  837628

Entered By _____ Date Entered _____

    Scanned By _____

# ALL STAR REPORTING, INC.
### Certified Court Reporters
### Federal ID 75-2932682

1117 Hampshire Lane, Suite 101                    Phone: 972.231.2373
Richardson, Texas 75080                              Fax: 972.231.1231

## INVOICE

Mr. Michael E. Mears
Andrews & Kurth, L.L.P.
1717 Main Street, Suite 3700
Dallas, Texas 75201

Invoice No.: 2845
Job Date: February 19, 2004
Reporter: Connie Thoma
Invoice Date: March 9, 2004

Caption:    Allstate Insurance Company, et al. vs. Receivable Finance
            Company, et al.

**DESCRIPTION:**

Original and one copy of the deposition of :
**Phyllis Osikha**.................................................................................$ 1,650.30

**TOTAL DUE**.................................................................................$ 1,60.30

[Terms: Due upon receipt]

*Thank you ! !*

148839 /96 86

Voucher ID  839629

Entered By_____ Date Entered _____

Scanned By _____

SEP-1-2004  13:46  FROM:LEGAL 9722311231          TO:2146594883          P:9/11

# ALL STAR REPORTING, INC.
### Certified Court Reporters
Federal ID 75-2932682

1117 Hampshire Lane, Suite 101          Phone: 972.231.2373
Richardson, Texas  75080                       Fax: 972.231.1231

## INVOICE

Mr. Michael Mears
Andrews & Kurth
1717 Main Street
Suite 3700
Dallas, Texas  75201

Invoice No.: 2852
Job Date:  March 9, 2004
Reporter:  Connie Thoma
Invoice Date:  April 8, 2004

Caption:   Allstate vs. Receivable Finance Company

**DESCRIPTION:**

Original and one copy of the deposition of:

Joseph Rocha.................................................................$ 1,557.80

**TOTAL DUE**..............................................................$ 1,557.80

(Terms:  Due upon receipt)

*Thank you ! !*

148834 / 96876

Voucher ID 83963 /

Entered By_____ Date Entered_____

Scanned By _____

SEP-1-2004  13:46  FROM:LEGAL 9722311231                    TO:2146594883       P:8/11



**CERTIFIED COURT REPORTERS**

1117 HAMPSHIRE LANE, SUITE 101
RICHARDSON, TEXAS 75080
PHONE (972) 231-2373
FAX (972) 231-1231

Mr. Michael E. Mears
Andrews & Kurth
1717 Main Street, Suite 3700
Dallas, Texas 75201

Invoice No.:   2867
Job Date:      April 8, 2004
Reporter:      Kendra Rowland
Invoice Date:  May 4, 2004

Caption:       Allstate vs. Receivable Finance Company

DESCRIPTION:

Original and one copy of the deposition of:

Joe Crocoll, Vol. 1 ......................................................................................$1,517.80

Voucher ID  $839633$

Entered By _____ Date Entered _____

Scanned By _____

$148834/9686$

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
(713) 650-1800   Fax (713) 650-6245

RECEIVED

JUL 1 9 2004

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| ANDR17 | 07/14/2004 |

Mr. Michael Mears
Andrews & Kurth
1717 Main Street
Suite 3700
Dallas, TX 75201

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | 778.27 | .00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | .00 | 778.27 |

PAGE  1  OF  1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 06/08/2004 | 75799 | 778.27 | 05/20/2004 | Lawrence Foust | Allstate Insurance Company, et |

TAX ID NO.:   76-0098843

*Please detach bottom portion and return with payment.*

Mr. Michael Mears
Andrews & Kurth
1717 Main Street
Suite 3700
Dallas, TX 75201

Account No.: ANDR17
Date      : 07/14/2004

TOTAL DUE  :  778.27

Remit To:   **Southwest Reporting & Video Service, Inc.**
            **826 Heights Blvd.**
            **Houston, TX 77007**

SEP-1-2004  13:45  FROM:LEGAL 9722311231                  TO:2146594883              P:3/11

**All Star Reporting**
1117 Hampshire Lane
Richardson Texas 75080
(972) 231-2373

Invoice No.   2911

**INVOICE**

| Customer | | Misc | |
|---|---|---|---|
| Name | Mr. Michael E. Mears | Date | 8/11/2004 |
| Firm | ANDREWS KURTH, LLP | Reporter | Connie Thoma |
| Address | 1717 Main Street, Suite 3700 | | |
| City | Dallas            State TX      ZIP 75201 | | |
| Phone | | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | CAPTION: Allstate Insurance Company vs. Receivable Finance Company; No. 3-01-CV2247-N | | |
| 1 | One copy - Oral and Videotaped Deposition of Kathryn Wade | $ 1,602.60 | $     1,602.60 |
| | | **TOTAL** | $     1,602.60 |

| Payment | Select One... |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

Office Use Only

*Remittance due upon receipt*

*Thank you for your business!*

Voucher ID  *839639*                    *148834 / 9686*

Entered By _____ Date Entered _____

Scanned By _____

SEP-1-2004  13:45  FROM:LEGAL 9722311231                    TO:2146594883          P:4/11

| | | | Invoice No.    2904 |
|---|---|---|---|

**All Star Reporting**
1117 Hampshire Lane
Richardson Texas  75080
(972) 231-2373

**INVOICE**

| Customer | | | Misc | |
|---|---|---|---|---|
| Name | Mr. Michael E. Mears | | Date | 6/11/2004 |
| Firm | ANDREWS KURTH, LLP | | Reporter | Kendra Rowland |
| Address | 1717 Main Street, Suite 3700 | | | |
| City | Dallas | State TX | ZIP 75201 | |
| Phone | | | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | CAPTION: Allstate Insurance Company vs. Receivable Finance Company; No. 3-01-CV2247-N | | |
| 1 | Original and one copy - Oral and Videotaped Deposition of William Timberlake, D.C. | $ 1,850.40 | $     1,850.40 |

| | TOTAL | $     1,850.40 |
|---|---|---|

| Payment | Select One... |
|---|---|

| Comments | |
|---|---|
| Name | |
| CC # | |
| Expires | |

Office Use Only

Remittance due upon receipt

*Thank you for your business!*

Voucher ID _839645_

148834 / 9686

Entered By_____ Date Entered_____

Scanned By _____

SEP-1-2004  13:46  FROM:LEGAL 9722311231                TO:2146594883         P:5/11

**All Star Reporting**

1117 Hampshire Lane
Richardson Texas 75080
(972) 231-2373

Invoice No.    2903

**INVOICE**

| Customer | | Misc | |
|---|---|---|---|
| Name | Mr. Michael E. Mears | Date | 8/11/2004 |
| Firm | ANDREWS KURTH, LLP | Reporter | Susan Brown |
| Address | 1717 Main Street | | |
| City | Dallas          State TX      ZIP 75201 | | |
| Phone | | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | CAPTION: Allstate Insurance Company vs. Receivable Finance Company; No. 3-01-CV2247-N<br><br>Original and one copy -<br>Oral and Videotaped Deposition of Glenda Coulson (May 13, 2004) | $ 507.20 | $ 507.20 |

|  |  | TOTAL | $ 507.20 |

Payment    Select One...

Comments
Name
CC #
Expires

Office Use Only

*Remittance due upon receipt*

*Thank you for your business!*

Voucher ID  839647                          148834 / 9686

Entered By _____ Date Entered _____

Scanned By _____

SEP-2-2004  13:50  FROM:LEGAL 9722311231                    TO:2146594883              P:2/2

**All Star Reporting**

1117 Hampshire Lane
Richardson Texas 75080
(972) 231-2373

Invoice No.    2912

## INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | Mr. Michael E. Mears | Date | 9/2/2004 |
| Firm | ANDREWS KURTH, LLP | Reporter | Casterline |
| Address | 1717 Main Street, Suite 3700 | | |
| City | Dallas    State TX    ZIP 75201 | | |
| Phone | | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | CAPTION: Allstate Insurance Company v. Receivable Finance Co. NO. 3-01-CV2247-N | | |
| 1 | Original, one copy Videotaped and Oral Deposition of Bruce Vest | $2,832.90 | $   2,832.90 |
| | | TOTAL  $ | 2,832.90 |

| Payment | Select One... |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

*Remittance due upon receipt*

*Thank you for your business!*

Voucher ID _839649_                          _148834_ / _96806_

Entered By _____ Date Entered _____

Scanned By _____

# UNITED STATES DISTRICT COURT

### Northern District of Texas

**ALLSTATE INSURANCE CO.,** *ET AL.*

V.

**RECEIVABLE FINANCE CO.,** *ET AL.*

Case     **3:01-2247-N**

### AFFIDAVIT OF CONNIE THOMA

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned Notary on this day personally appeared Connie Thoma, a person whose identity is known to me. After I administered an oath to her, upon her oath, she said:

1.    "My name is Connie Thoma. I am over twenty-one (21) years of age and am capable of making this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

2.    I am and have been the owner of All Star Reporting. I am familiar with the scope of services and the customary billing practices of that business and am the person who prepared all billing invoices for the business.

3.    Court reporters from All Star Reporting were retained by Michael E. Mears of Andrews Kurth, LP between June 11, 2004 and September 2, 2004 to record and transcribe the depositions of Kathryn Wade, William Timberlake, D.C., Glenda Coulson and Bruce Vest. Attached as Exhibit A are copies of the invoices for services.

4.    All of the above-described depositions were videotaped by a videographer separately retained for his video services and which services were billed by that videographer, separate and apart from All Star Reporting's bill. The video services were not in any way a part of the deposition transcription process handled by court reporters working for All Star Reporting.

5.    The amounts listed on the attached invoices were for the recording and transcription of deposition testimony only. The wording on the invoice, "oral and videotaped deposition of _____" is only a reference to the title of the transcript which indicates that the deposition was videotaped.

FURTHER, AFFIANT SAYETH NOT.

_Connie Thoma_

CONNIE THOMA

SIGNED AND SWORN to before me by the said Connie Thoma, on the _1st_ day of May, 2008.



NOTARY PUBLIC in and for the
State of Texas

My Commission Expires:

_____

ANDREA HOWARD
MY COMMISSION EXPIRES
September 3, 2008

2465889.1/SP/13101/0101/043008

SEP-1-2004  13:45  FROM:LEGAL 9722311231          TO:2146594883          P:3/11

**All Star Reporting**

1117 Hampshire Lane
Richardson Texas  75060
(972) 231-2373

Invoice No.    2911

## INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | Mr. Michael E. Moore | Date | 8/11/2004 |
| Firm | ANDREWS KURTH, LLP | Reporter | Connie Thoms |
| Address | 1717 Main Street, Suite 3700 | | |
| City | Dallas          State TX      ZIP 75201 | | |
| Phone | | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | CAPTION: Allstate Insurance Company vs. Receivable Finance Company; No. 3-01-CV2247-N | | |
| 1 | One copy - Oral and Videotaped Deposition of Kathryn Wade | $1,602.60 | $    1,602.60 |

|  | | TOTAL | $    1,602.60 |

| Payment | Select One... |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

Office Use Only

Remittance due upon receipt

Thank you for your business!

Voucher ID  839639                    148834 / 9686

Entered By_____ Date Entered_____

Scanned By_____

**EXHIBIT**

A

SEP-1-2004  13:45  FROM:LEGAL 9722311231          TO:2146594883       P:4/11

**All Star Reporting**
1117 Hampshire Lane
Richardson Texas 75080
(972) 231-2373

Invoice No.    2904

**INVOICE**

| Customer | | Misc | |
|---|---|---|---|
| Name | Mr. Michael E. Mears | Date | 8/11/2004 |
| Firm | ANDREWS KURTH, LLP | Reporter | Kendra Rowland |
| Address | 1717 Main Street, Suite 3700 | | |
| City | Dallas        State TX     ZIP 75201 | | |
| Phone | | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | CAPTION: Allstate Insurance Company vs. Receivable Finance Company; No. 3-01-CV2247-N | | |
| 1 | Original and one copy – Oral and Videotaped Deposition of William Timberlake, D.C. | $1,850.40 | $   1,850.40 |

| | | TOTAL | $   1,850.40 |
|---|---|---|---|

| Payment | Select One... |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

Office Use Only

Remittance due upon receipt

Thank you for your business!

148834 / 9686

Voucher ID  839645

Entered By _____ Date Entered _____

Scanned By _____

SEP-1-2004  13:46  FROM:LEGAL 9722311231          TO:2146594883          P:5/11

**All Star Reporting**

1117 Hampshire Lane
Richardson, Texas 75080
(972) 231-2373

Invoice No.   2803

## INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | Mr. Michael E. Mears | Date | 8/11/2004 |
| Firm | ANDREWS KURTH, LLP | Reporter | Susan Brown |
| Address | 1717 Main Street | | |
| City | Dallas          State TX          ZIP 75201 | | |
| Phone | | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | CAPTION: Allstate Insurance Company vs. Receivable Finance Company; No. 3-01-CV2247-N | | |
| 1 | Original and one copy -
Oral and Videotaped Deposition of Glenda Coulson (May 13, 2004) | $  607.20 | $          607.20 |
| | | TOTAL | $          607.20 |

Payment   Select One...

Comments
   Name
   CC #
   Expires

Office Use Only

*Remittance due upon receipt*

*Thank you for your business!*

Voucher ID   839647                    148834 / 9686

Entered By _____ Date Entered _____

Scanned By _____

SEP-2-2004  13:58  FROM:LEGAL 9722311231                    TO:2146594883         P:2/2

**All Star Reporting**
1117 Hampshire Lane
Richardson Texas 75080
(972) 231-2373

Invoice No.    2912

**INVOICE**

| Customer | | Misc | |
|---|---|---|---|
| Name | Mr. Michael E. Maars | Date | 9/2/2004 |
| Firm | ANDREWS KURTH, LLP | Reporter | Casterlino |
| Address | 1717 Main Street, Suite 3700 | | |
| City | Dallas          State TX      ZIP 75201 | | |
| Phone | | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | CAPTION: Allstate Insurance Company v. Receivable Finance Co. NO. 3-01-CV2247-N | | |
| 1 | Original, one copy Videotaped and Oral Deposition of Bruce Vest | $2,832.90 | $  2,832.90 |
| | | TOTAL  $ | 2,832.90 |

Payment    Select One...

Comments
Name
CC #
Expires

Remittance due upon receipt

*Thank you for your business!*

Voucher ID  839649

148834 / 96866

Entered By _____ Date Entered _____

Scanned By _____

**Allstate vs. RFC**
**Court Costs - Transcripts**
**Andrews Kurth**

| Date | Vendor | Description of Service | Expedited Cost | Non-Expedited Cost |
|---|---|---|---|---|
| 11/17/2004 | Linda J. Robbins | Transcript of Testimony of Bruce T. Vest | $ 1,821.60 | $ 1,366.20 |
| 1/21/2005 | Linda J. Robbins | Partial Transcript of Proceedings 9-28-04 | $ 132.00 | $ 79.20 |
| 1/24/2005 | Linda J. Robbins | Transcript of Rebuttal Closing Argument of Plaintiffs | $ 99.00 | $ 49.50 |
| | Linda J. Robbins | Transcript of Testimony of Dr. Tanya Stepanovic | $ 1,465.00 | $ 732.60 |
| | Linda J. Robbins | Partial Transcript of Testimony of Dr. Bill Timberlake | $ 1,100.00 | $ 660.00 |
| | | | | |
| | | reduction per court order | | $ (726.25) |
| | | | | |
| | **Total** | | **$ 4,617.60** | **$ 2,161.25** |

AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the _Northern_ District of _Texas_

## INVOICE

NUMBER _3:01-CV-2247-N_

TO: _Mr. Michael Mears_
_Andrews & Kurth, LLP_
_1717 Main St., Ste. 3700_
_Dallas, TX 75201_

PHONE: _214-659-4400_

NOTE
MAKE CHECK PAYABLE TO:

_Linda J. Robbins_

PHONE: _214-748-8068_

### TRANSCRIPTS

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED _1-24-05_

DATE DELIVERED _1-24-05_

IN THE MATTER OF (CASE NUMBER AND TITLE)

_Allstate, et al. v. Receivable Finance_

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | _15_ | _6.60_ | _99.00_ | | | | | | | _$ 99.00_ |

TOTAL _$ 99.00_

For proceedings on (Date):

_Rebuttal Closing Argument_
_of Plaintiffs_
_9-29-04_

LESS DISCOUNT FOR LATE DELIVERY

LESS AMOUNT OF DEPOSIT

TOTAL REFUNDED

_A & I ck # 77747_
_1-24-05_ TOTAL DUE _$ 99.00_

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary _delivery_ rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER

_Linda J. Robbins_

DATE _1-24-05_

(All previous editions of this form are
canceled and should be destroyed.)

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO 44
(Rev. 7/95)

**COPY**

**UNITED STATES DISTRICT COURT**

For the _Northern_ District of _Texas_

## INVOICE

NUMBER _3:01-CV-2247-N_

TO: Mr. Michael Mears
Andrews Kurth, LLP
1717 Main Street, Ste. 3700
Dallas, TX 75201

PHONE: _214-659-4524_

NOTE
**MAKE CHECK PAYABLE TO:**

_Linda J. Robbins_

PHONE: _214-748-8068_

### TRANSCRIPTS

| | DATE ORDERED | DATE DELIVERED |
|---|---|---|
| ☐ CRIMINAL   ☑ CIVIL | _1-20-04_ | _1-21-04_ |

IN THE MATTER OF (CASE NUMBER AND TITLE)

_Allstate, et al. v. Receivable Finance, et al._

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | _24_ | _5.50_ | _132.00_ | | | | | | | $ _132.00_ |
| Hourly | | | | | | | | | | |

For proceedings on (Date):

_Part. Transcript of Proceedings_
_9-28-04_

| | |
|---|---|
| TOTAL | $ _132.00_ |
| LESS DISCOUNT FOR LATE DELIVERY | |
| LESS AMOUNT OF DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE _As I ck # 77744_ _1-21-05_ | $ _132.00_ |

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary _delivery_ rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
_Linda J. Robbins_

DATE _1-21-04_ _5_

(All previous editions of this form are
canceled and should be destroyed.)

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

% AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the _Northern_ District of _Texas_

## INVOICE

NUMBER
_3:01-CV-2247-N_

TO: Linda West
Andrews & Kurth - Dallas
1717 Main Street, Ste. 3700
Dallas, TX 75201

PHONE: 214-659-4569

NOTE
MAKE CHECK PAYABLE TO:

_Linda J. Robbins_

PHONE: 214-748-8068

214-659-4883 FAX

## TRANSCRIPTS

☐ CRIMINAL   ☒ CIVIL

| DATE ORDERED | DATE DELIVERED |
|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

_Allstate v. Receivable Finance, et al._

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 222 | 6⁶⁰ | 1465²⁰ | 16 | 1¹⁰ | 17⁶⁰ | | | | $1482.80 |

For proceedings on (Date): (emailed)

TOTAL $1482.80

| | |
|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY |
| Sworn Testimony of Dr. Tajana  12-3-04 | LESS AMOUNT OF DEPOSIT  1185.00 |
| Stefanovic — 9-15-04 | PREVIOUS TOTAL REFUND ■  278.40 DUE |
| 9-16-04 | TOTAL DUE $ 19.40 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary _delivery_ rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER
_Linda J. Robbins_

DATE
_12-3-04_

(All previous editions of this form are
canceled and should be destroyed.)

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

(faxed 12-3-04)

Attn: Linda West

**AO 44**
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the _Northern_   District of _Texas_

## INVOICE

NUMBER 3:01-CV-2247-N

TO: Andrews & Kurth - Dallas
Mr. Mike Mears
1717 Main Street, Ste. 3700
Dallas, TX 75201

PHONE: 214-659-4569

NOTE
MAKE CHECK PAYABLE TO:

Linda J. Robbins

PHONE: 214-748-8068

### TRANSCRIPTS

| ☐ CRIMINAL   ☐ CIVIL | DATE ORDERED 11-9-04 | DATE DELIVERED 11-17-04 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

Allstate v. Receivable Finance, et al.

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | 414 | 4.40 | $1821.60 | | | | $1821.60 |
| Daily | | | | (emailed) | | | | | | |
| Hourly | | | | | | | | | | |
| | | | | | | TOTAL | | | | $1821.60 |

For proceedings on (Date):

Testimony of Bruce T. West
9-23-04, 9-24-04, 9-27-04
9-28-04

| LESS DISCOUNT FOR LATE DELIVERY | |
|---|---|
| A & I CK # 44254 11-9-04   LESS AMOUNT OF DEPOSIT | $2100 |
| TOTAL REFUNDED | 278.40 |
| TOTAL DUE | -0- |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary _delivery_ rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER

_Linda J. Robbins_

DATE 11-17-04

(All previous editions of this form are
canceled and should be destroyed.)

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the _Northern_ District of _Texas_

## INVOICE

NUMBER _3:01-CV-2247-N_

TO: _Mr. Michael E. Mears_
_Andrews & Kurth, L.L.P._
_1717 Main St., Ste. 3700_
_Dallas, TX 75201_

PHONE: _214-659-4400_

NOTE _SS # 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_
MAKE CHECK PAYABLE TO:

_Linda J. Robbins_

PHONE: _214-742-8068_

### TRANSCRIPTS

☐ CRIMINAL   ☑ CIVIL    DATE ORDERED    DATE DELIVERED

IN THE MATTER OF (CASE NUMBER AND TITLE)

_Allstate, et al. v. Receivable Finance Co. et al_

### CHARGES

| CATEGORY | ORIGINAL | | | 1st COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | _200_ | _5 50_ | _1100 00_ | _200_ | _1 10_ | _220 00_ | | | | _1320 00_ |
| Hourly | | _(reg.)_ | | | _(email)_ | | | | | |

For proceedings on (Date):

_Partial Testimony at Trial of_
_Dr. Bill Timberlake on_
_9-22-04_

TOTAL _1320 00_

LESS DISCOUNT FOR LATE DELIVERY

LESS AMOUNT OF DEPOSIT

TOTAL REFUNDED

_A & I Pain Centers, Inc_
_CK # 77038   10-1-04_   TOTAL DUE $ _1320 00_

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary _delivery_ rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER    DATE _9-28-04_
_Linda J. Robbins_

(All previous editions of this form are
cancelled and should be destroyed.)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY - FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

**MAXIMUM TRANSCRIPT RATES - ALL PARTIES**
**PER PAGE**

| | Original | First Copy to Each Party | Each Add'l Copy to the Same Party |
|---|---|---|---|
| Ordinary Transcript A transcript to be delivered within thirty (30) calendar days after receipt of an order | 3.30 | .75 | .50 |
| Expedited Transcript A transcript to be delivered within seven (7) calendar days after receipt of an order | 4.40 | .75 | .50 |
| Daily Transcript A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day | 5.50 | 1.00 | .75 |
| Hourly Transcript A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours | 6.00 | 1.00 | .75 |
| Realtime Transcript A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment. | 1.00 | 1.00 | |

Transcript in CJA Cases

In multi-defendant cases involving CJA defendants, no more than one transcript should be purchased from the court reporter on behalf of CJA defendants. One of the appointed counsel or the clerk of court should arrange for the duplication, at commercially competitive rates, of enough copies of the transcript for each of the CJA defendants for whom a transcript has been approved. The cost of such duplication will be charged to the CJA appropriation. This policy would not preclude the furnishing of duplication services by the court reporter at the commercially competitive rate.

December 2004